B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Adams, Steven G** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Adams, Deanne M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4561** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5592** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1216 Century Oaks Drive**<br>**Elgin, IL**                 ZIP Code **60123** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1216 Century Oaks Drive**<br>**Elgin, IL**                 ZIP Code **60123** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Adams, Steven G**<br>**Adams, Deanne M** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ Leo M. Flanagan, Jr.**          **July 21, 2011**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Leo M. Flanagan, Jr. 00828181** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Adams, Steven G**<br>**Adams, Deanne M** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Steven G Adams**
Signature of Debtor  **Steven G Adams**

X **/s/ Deanne M Adams**
Signature of Joint Debtor **Deanne M Adams**

Telephone Number (If not represented by attorney)

**July 21, 2011**
Date

### Signature of Attorney*

X **/s/ Leo M. Flanagan, Jr.**
Signature of Attorney for Debtor(s)

**Leo M. Flanagan, Jr. 00828181**
Printed Name of Attorney for Debtor(s)

**Brittain & Ketcham, P. c.**
Firm Name

**85 Market Street**
**Elgin, IL 60123**

Address

**847-742-6100  Fax: 847-742-6152**
Telephone Number

**July 21, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Steven G Adams**
       **Deanne M Adams** _____

                                 Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:　**/s/ Steven G Adams**
　　　　　　　　　　　**Steven G Adams**

Date:　**July 21, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Steven G Adams**
**Deanne M Adams** _____    Case No. _____

Debtor(s)     Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Deanne M Adams**
                     **Deanne M Adams**

Date:    **July 21, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Steven G Adams,**
     **Deanne M Adams**
                                         ,
                                Debtors

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 650,000.00 | | |
| B - Personal Property | Yes | 5 | 244,059.85 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 630,100.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 3,475,021.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,552.96 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,920.33 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 894,059.85 | | |
| Total Liabilities | | | | 4,105,121.13 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Steven G Adams,**
       **Deanne M Adams**                          Case No. _____

                                      , 

                      Debtors         Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 7,552.96 |
| Average Expenses (from Schedule J, Line 18) | 9,920.33 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 9,806.68 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,750.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 3,475,021.13 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 3,478,771.13 |

B6A (Official Form 6A) (12/07)

.

In re     **Steven G Adams,**
            **Deanne M Adams**                                       Case No. _____

                                                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1216 Century Oaks Drive Elgin, Illinois 60123 Single Family Residence** | **100%** | **W** | **200,000.00** | **0.00** |
| **4519 Silverwood Drive, Delavan, Wisconsin 53115** | **100% as joint tenants** | **J** | **200,000.00** | **182,000.00** |
| **6140 Midnight Pass Road, Sarasota, Florida Tax Parcel Number 0106-03-1066 Debtor, Steven J. Adams, owns this property with his sister, Jeanne L. McCoy** | **50%** | **H** | **250,000.00** | **0.00** |

| | | |
|---|---|---|
| Sub-Total > | **650,000.00** | (Total of this page) |
| Total > | **650,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Steven G Adams,**                                                      Case No. _____

        **Deanne M Adams**

                                            ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash in lock box at Chase Bank, Elgin, Illinois** | **J** | 24.00 |
| | | **Cash in wallet** | **H** | 11.00 |
| | | **Cash in wallet** | **W** | 15.67 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Single Account with Edward Jones 201 Progress Parkway, Maryland Heights, MO   63043-3042, Account No. 152-05906-1-1** | **H** | 81.26 |
| | | **Associated Bank N.A, 200 ADams St., Green Bay WI 54307, Acct #0100798685** | **J** | 207.00 |
| | | **Elgin State Bank, 1001 S. Randall Rd., Elgin, IL 60123, checking account no. 00-03-45-00012N-00-0** | **J** | 353.91 |
| | | **First Community Bank, 165 S. Randall Rd., Elgin, IL 60123, Account #259382** | **J** | 74.00 |
| | | **Account No.I 8933-0884 at Wells Fargo** | **J** | 1,947.14 |
| | | **Chase, P. O. Box 659754, San Antonio, Texas 78265-9754, Premier Checking Account No. 000450004005815** | **W** | 74.45 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **LR - couch; chair, end table, coffee table; Master Bedroom:  bedroom set (old); Bedroom 1:  1 dresser and 1 chest; Bedroom 2:  1 bed, 1 chest, 1 baby crib; Kitchen:  table and chairs, 4 stools, wind cooler, 2 television sets; miscellaneous household goods,** **Wisconsin Property:  5 beds, kitchen table & chairs, 2 television sets, 1 couch, 2 end tables, recliner, 3 dressesers** | **W** | 1,500.00 |

|  | Sub-Total >   | **4,288.43** |
|---|---|---|
|  | (Total of this page) | |

  __4__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Steven G Adams,**                                    Case No. _____
         **Deanne M Adams**

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Six DVD's** | **W** | 5.00 |
| 6. Wearing apparel. | | **Husband - one blue suit; 1 black sport coat; 3 dress shirts; 4 dress slacks; 12 pairs of jeans; 12 long-sleeve button down shirts; 12 polo shirts; 6 pairs of shorts; 1 pair dress shoes; 3 pairs of cascual shoes; 1 pair of running shoes; 3 pairs of old running shoes; 2 winter coats; 3 pairs of running shorts; 8 short sleeve button down shirts** | **H** | 200.00 |
| | | **Wife - 5 pairs of blue jeans; 2 pairs of black jeans; 2 khaki dockers; 8 sweat shirts; 3 tank tops; 5 tops; 5 turtlenecks; 5 dresses; 2 long formals; 4 pairs of pajamas; 6 pairs of capris/shorts; 2 vests; 1 long black dress; 2 coats; 3 pairs of gloves; 2 scarves; undergarments; 2 pairs of tennis shoes; 3 pairs of dress shoes; 2 pairs of work boots; 8 pairs of miscellaneous shoes/boots; miscellaneous costume jewelry** | **W** | 300.00 |
| 7. Furs and jewelry. | | **Husband - wedding band** | **H** | 75.00 |
| | | **Wife - engagement ring and wedding band** | **W** | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **1 Kodak camera; l set of very old golf clubs; 2 pistols; 1 shotgun; 1 set of very old women's golf clubs** | **J** | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Symetra Life Insurance Company/Universal, Policy No. 0100671711, beneficiary is Wife. Death benefit value: $333,920.00. Face value is $2,476.78** | **H** | 2,476.78 |
| | | **Pekin Life Insuance Company, 2505 Court Street, Pekin, Illinois  61558,k Term Life Insurance Policy No. 0001091590 in the amount of $100,000.00. Beneficiary is husband, Steven G. Adams** | **W** | 0.00 |
| | | **US Financial Life Insurance Company, P. O. Box 4763, Syracuse, New York  13221-4765, Policy No. 0000285549.  20-year term life insurance started 2003 ($1,000,000.00).  Beneficiary is Wife.  No cash value** | **H** | 0.00 |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |

Sub-Total >    **4,156.78**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Steven G Adams,**                                      Case No. _____

       **Deanne M Adams**

                                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA - Edward Jones, 201 Progress Pkway, Maryland Heights, MO 63043-3042, Account No. 152-90686-1-9 | H | 41,700.74 |
| | | IRA with Edward Jones, 201 Progress Parkway, Maryland Heights, MO 3043, Account No. 152-91160-1-2 | W | 6,502.13 |
| | | IRA with Edward Jones, 201 Progress Parkway, Maryland Heights, MO 63049-3042, Account No. 152-81675-1-0 | W | 43,618.04 |
| | | IRA with Wells Fargo, c/o Trotter/Rueckert/Gempeler, 1000 Hart Road, Barrington, IL  60010,  Account No. 8933-0884. | H | 99,318.15 |
| | | Provena Healthcare, P. O. Box 7800, Gurnee, Illinois, Retirement Plan, ID #PVH24065 | H | 3,625.58 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >          194,764.64
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Steven G Adams,**                                                    Case No. _____
         **Deanne M Adams**
                                                                ,
                                        Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Ford F150 Pick-up Truck** | H | 2,400.00 |
| | | **2009 Nissan Murano** | W | 22,750.00 |
| 26. Boats, motors, and accessories. | | **2004 Godfrey Hurricane Deckboat and Trailer** | J | 15,500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **2 used Dell lap top computers** | H | 200.00 |
| 30. Inventory. | X | | | |
| | | | Sub-Total > (Total of this page) | 40,850.00 |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Steven G Adams,**                                    Case No. _____
       **Deanne M Adams**

                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **244,059.85** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Steven G Adams,**
      **Deanne M Adams**

                                                        ,
                                  Debtors

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- [ ] 11 U.S.C. §522(b)(2)
- [x] 11 U.S.C. §522(b)(3)

- [ ] Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1216 Century Oaks Drive Elgin, Illinois 60123 Single Family Residence** | **735 ILCS 5/12-901** | **30,000.00** | **200,000.00** |
| **4519 Silverwood Drive, Delavan, Wisconsin 53115** | **735 ILCS 5/12-901** | **0.00** | **200,000.00** |
| **6140 Midnight Pass Road, Sarasota, Florida Tax Parcel Number 0106-03-1066 Debtor, Steven J. Adams, owns this property with his sister, Jeanne L. McCoy** | **735 ILCS 5/12-1001(b)** | **31.55** | **250,000.00** |
| **Cash on Hand** | | | |
| **Cash in lock box at Chase Bank, Elgin, Illinois** | **735 ILCS 5/12-1001(b)** | **24.00** | **24.00** |
| **Cash in wallet** | **735 ILCS 5/12-1001(b)** | **11.00** | **11.00** |
| **Cash in wallet** | **735 ILCS 5/12-1001(b)** | **15.67** | **15.67** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Single Account with Edward Jones 201 Progress Parkway, Maryland Heights, MO 63043-3042, Account No. 152-05906-1-1** | **735 ILCS 5/12-1001(b)** | **81.28** | **81.26** |
| **Associated Bank N.A, 200 ADams St., Green Bay WI 54307, Acct #0100798685** | **735 ILCS 5/12-1001(b)** | **207.00** | **207.00** |
| **Elgin State Bank, 1001 S. Randall Rd., Elgin, IL 60123, checking account no. 00-03-45-00012N-00-0** | **735 ILCS 5/12-1001(b)** | **353.91** | **353.91** |
| **First Community Bank, 165 S. Randall Rd., Elgin, IL 60123, Account #259382** | **735 ILCS 5/12-1001(b)** | **74.00** | **74.00** |
| **Account No.l 8933-0884 at Wells Fargo** | **735 ILCS 5/12-1001(b)** | **1,947.14** | **1,947.14** |
| **Chase, P. O. Box 659754, San Antonio, Texas 78265-9754, Premier Checking Account No. 000450004005815** | **735 ILCS 5/12-1001(b)** | **74.45** | **74.45** |
| **Household Goods and Furnishings** | | | |
| **LR - couch; chair, end table, coffee table; Master Bedroom: bedroom set (old); Bedroom 1: 1 dresser and 1 chest; Bedroom 2: 1 bed, 1 chest, 1 baby crib; Kitchen: table and chairs, 4 stools, wind cooler, 2 television sets; miscellaneous household goods, Wisconsin Property: 5 beds, kitchen table & chairs, 2 television sets, 1 couch, 2 end tables, recliner, 3 dressesers** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |

   **2**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re     **Steven G Adams,**                   Case No. _____
           **Deanne M Adams**

                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Six DVD's | 735 ILCS 5/12-1001(b) | 5.00 | 5.00 |
| **Wearing Apparel** | | | |
| Husband - one blue suit; 1 black sport coat; 3 dress shirts; 4 dress slacks; 12 pairs of jeans; 12 long-sleeve button down shirts; 12 polo shirts; 6 pairs of shorts; 1 pair dress shoes; 3 pairs of cascual shoes; 1 pair of running shoes; 3 pairs of old running shoes; 2 winter coats; 3 pairs of running shorts; 8 short sleeve button down shirts | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| Wife - 5 pairs of blue jeans; 2 pairs of black jeans; 2 khaki dockers; 8 sweat shirts; 3 tank tops; 5 tops; 5 turtlenecks; 5 dresses; 2 long formals; 4 pairs of pajamas; 6 pairs of capris/shorts; 2 vests; 1 long black dress; 2 coats; 3 pairs of gloves; 2 scarves; undergarments; 2 pairs of tennis shoes; 3 pairs of dress shoes; 2 pairs of work boots; 8 pairs of miscellaneous shoes/boots; miscellaneous costume jewelry | 735 ILCS 5/12-1001(a) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| Husband - wedding band | 735 ILCS 5/12-1001(b) | 75.00 | 75.00 |
| Wife - engagement ring and wedding band | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 1 Kodak camera; I set of very old golf clubs; 2 pistols; 1 shotgun; 1 set of very old women's golf clubs | 20  ILCS 1805/10 | 100.00 | 100.00 |
| **Interests in Insurance Policies** | | | |
| Symetra Life Insurance Company/Universal, Policy No. 0100671711, beneficiary is Wife. Death benefit value:  $333,920.00.  Face value is $2,476.78 | 215 ILCS 5/238 | 2,476.78 | 2,476.78 |
| Pekin Life Insuance Company, 2505 Court Street, Pekin, Illinois   61558,k Term Life Insurance Policy No. 0001091590 in the amount of $100,000.00.  Beneficiary is husband, Steven G. Adams | 215 ILCS 5/238 | 0.00 | 0.00 |
| US Financial Life Insurance Company, P. O. Box 4763, Syracuse, New York  13221-4765, Policy No. 0000285549.  20-year term life insurance started 2003 ($1,000,000.00).  Beneficiary is Wife.  No cash value | 215 ILCS 5/238 | 0.00 | 0.00 |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Steven G Adams,**                                          Case No. _____
         **Deanne M Adams**
                                                                   ,
                                            Debtors
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA - Edward Jones, 201 Progress Pkway, Maryland Heights, MO 63043-3042, Account No. 152-90686-1-9 | 735 ILCS 5/12-704 | 41,700.74 | 41,700.74 |
| IRA with Edward Jones, 201 Progress Parkway, Maryland Heights, MO 3043, Account No. 152-91160-1-2 | 735 ILCS 5/12-704 | 6,502.13 | 6,502.13 |
| IRA with Edward Jones, 201 Progress Parkway, Maryland Heights, MO 63049-3042, Account No. 152-81675-1-0 | 735 ILCS 5/12-704 | 43,618.04 | 43,618.04 |
| IRA with Wells Fargo, c/o Trotter/Rueckert/Gempeler, 1000 Hart Road, Barrington, IL 60010, Account No. 8933-0884. | 735 ILCS 5/12-704 | 99,318.15 | 99,318.15 |
| Provena Healthcare, P. O. Box 7800, Gurnee, Illinois, Retirement Plan, ID #PVH24065 | 735 ILCS 5/12-704 | 3,625.58 | 3,625.58 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Ford F150 Pick-up Truck | 735 ILCS 5/12-1001(b) | 2,400.00 | 2,400.00 |
| 2009 Nissan Murano | 735 ILCS 5/12-1001(b) | 0.00 | 22,750.00 |
| **Boats, Motors and Accessories** | | | |
| 2004 Godfrey Hurricane Deckboat and Trailer | 625 ILCS 45/3A-7(d) | 0.00 | 15,500.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| 2 used Dell lap top computers | 735 ILCS 5/12-1001(d) | 200.00 | 200.00 |

|  |  | Total: | 235,841.42 | 894,059.85 |
|---|---|---|---|---|

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Steven G Adams,**                                           Case No. _____

           **Deanne M Adams**

                                               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **591-01000242767** <br><br> **Bank of America** <br> **P. O. Box 45224** <br> **Jacksonville, FL 32232** | | | J | **April 20, 2004** <br><br> **2004 Godfrey Hurricane Deckboat and Trailer** | | | | | |
| | | | | Value $          **15,500.00** | | | | **19,500.00** | **0.00** |
| Account No. **00426380-147888** <br><br> **Chase** <br> **P,. O. Box 9001020** <br> **Louisville, KY 40290** | | | J | **Second mortgage** <br><br> **1216 Century Oaks Drive** <br> **Elgin, Illinois   60123** | | | | | |
| | | | | Value $       **200,000.00** | | | | **78,000.00** | **0.00** |
| Account No. **0770254425-0** <br><br> **CitiMortgage** <br> **P. O. Box 660005** <br> **Dallas, TX 75266** | | | J | **Mortgage** <br><br> **1216 Century Oaks Drive** <br> **Elgin, Illinois  60123** | | | | | |
| | | | | Value $       **200,000.00** | | | | **115,600.00** | **0.00** |
| Account No. **00000 9901778646** <br><br> **Harris Bank** <br> **P. O. Box 6201** <br> **Carol Stream, IL 60197** | | | W | **approx. November, 2009** <br><br> **Car Loan** <br><br> **2009 Nissan Murano** | | | | | |
| | | | | Value $        **22,750.00** | | | | **26,500.00** | **0.00** |

  **_1_** continuation sheets attached

Subtotal
(Total of this page)

                **239,600.00**         **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Steven G Adams,**
        **Deanne M Adams**                                                                          Case No. _____

_____ ,
                                                Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **000000 9901778646** <br><br> **Harris Bank** <br> **P. O. Box 6201** <br> **Carol Stream, IL 60197** | | W | | **Approximately November of 2009** <br><br> **Car loan** <br><br> **2009 Nissan Murano** <br><br> Value $          **22,750.00** | | | | **26,500.00** | **3,750.00** |
| Account No. **0614498244** <br><br> **Wells Fargo** <br> **P. O. Box 689195** <br> **Carol Stream, IL 60197** | | | J | **Mortgage** <br><br> **4519 Silverwood** <br> **Delevan, Wisconsin** <br><br> Value $          **200,000.00** | | | | **182,000.00** | **0.00** |
| Account No. **0614498244** <br><br> **Wells Fargo** <br> **P. O. Box 689195** <br> **Carol Stream, IL 60197** | | | J | **Mortgage** <br><br> **4519 Silverwood Drive, Delavan,** <br> **Wisconsin 53115** <br><br> Value $          **200,000.00** | | | | **182,000.00** | **0.00** |
| Account No. | | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | | <br><br><br><br> Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | **390,500.00** | **3,750.00** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **630,100.00** | **3,750.00** |

B6E (Official Form 6E) (4/10)

.

In re  **Steven G Adams,**                                              Case No. _____
       **Deanne M Adams,**
                                                              ,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Steven G Adams,**                                                    Case No. _____
         **Deanne M Adams**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>Acme Brick & Supply Co.<br>1405 BElvidere St., #350A<br>Waukegan, IL 60085 | | H | | | through 2009<br>**Supplies**<br>**Debt of Northern Illinois Brick & Supply, Inc.** | | | | 2,949.96 |
| Account No.<br><br>Acme Brick Company<br>P. O. Box 99198<br>Fort Worth, TX 76199-0198 | | H | | | through 2009<br>**Supplies**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 12,828.15 |
| Account No.<br><br>Adams Brick<br>2671 East 100th Street<br>Chicago, IL 60617 | | H | | | through 2009<br>**Vendors-Brick**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 6,492.50 |
| Account No.<br><br>Alsey Refractories Co.<br>1600 South Brentwood Blvd., #210<br>Saint Louis, MO 63144 | | H | | | through 2009<br>**Supplies**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 9,240.28 |

__18__   continuation sheets attached

Subtotal
(Total of this page)                                                            31,510.89

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:30094-110715    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven G Adams,**
**Deanne M Adams**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alside Supply**<br>**2500 Vantage Drive**<br>**Elgin, IL 60123** | | H | **during past several years**<br>**Business expense of Northern Illinois Brick & Supply, which is no longer in business** | | | | 1,300.00 |
| Account No. **60982006098200 58364005836400**<br><br>**Amcore Bank, N.A.**<br>**501 Seventh Street**<br>**P. O Box 1537**<br>**Rockford, IL 61104** | | J | **June 2006 to April 2007**<br>**Incurred on behalf of Northern Illinois Brick & Supply, Inc., for 2003 Bobcat, 2006 Peterbuilt Tractor & Trailer, 2002 Peterbilt 378, 2004 Ford F450. All vehicles sold at liquidation sale** | | | | 254,293.78 |
| Account No. **xxxxxxxxxxxxxxxx6301**<br><br>**Amcore Bank, NA**<br>**501 Seventh Street**<br>**P. O. Box 1537**<br>**Rockford, IL 61110-0037** | | J | **9/14/2007**<br>**Originally blanket lien on all cash, deposits, receivables, collection actions, inventory, leasehold improvemens and office equipment of Northern Illinois Brick & Supply, Inc., which is no longer in business. All assets liquidated** | | | | 1,580,493.30 |
| Account No.<br><br>**American CSP**<br>**14563 136th Street**<br>**Lemont, IL 60439** | | H | **through 2009**<br>**Vendors-Limestone**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 13,099.80 |
| Account No.<br><br>**Amino Transport**<br>**P. O. Box 54220**<br>**Hurst, TX 76053** | | H | **through 2009**<br>**Vendor-Transport**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 40,530.00 |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,889,716.88

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven G Adams,**
    **Deanne M Adams**

Case No. _____

                                            ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | WJC | | | | | |
| Account No. <br><br>**Attorney Ron Roeser** <br>**920 Davis Road** <br>**Elgin, IL 60123** | | J | | **Within last year** <br>**Legal services** | | | | **6,000.00** |
| Account No. <br><br>**B E Atlas Co.** <br>**4300 North Kilpatrick Ave** <br>**Chicago, IL 60641** | | H | | **through 2009** <br>**Supplies** <br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **780.48** |
| Account No. **5466 3210 7989 7738** <br><br>**Bank of America** <br>**P. O. Box 851001** <br>**Dallas, TX 75285** | | J | | **During past several years** <br>**credit card** <br>**miscellaneous consumer purchases** | | | | **16,000.00** |
| Account No. <br><br>**Blue Cross lue Shield** <br>**P. O. Box 1186** <br>**Chicago, IL 60690** | | J | | **through 2009** <br>**Group Health Insurance** <br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **7,189.92** |
| Account No. <br><br>**Bowerston Shale Co.** <br>**P. O. Box 199** <br>**Bowerston, OH 44695** | | H | | **through 2009** <br>**Supplies** <br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **3,814.50** |

Sheet no. __**2**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,784.90**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven G Adams,**
       **Deanne M Adams**                                        Case No. _____

                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | through 2009 Supplies | | | | |
| Brampton Brick Ltd 225 Wanless Drive Brompton, ON | | H | Debt Incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 12,565.44 |
| Account No. | | | through 2009 Supplies | | | | |
| Brampton Brick, Inc. P. O. Box 636329 Cincinati, OH 46263-6329 | | H | Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 10,885.04 |
| Account No. | | | through 2009 Vendors - Brick | | | | |
| BrickCraft P. O. Box 888693 Grand Rapids, MI 49588-8693 | | H | Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.I | | | | 45,709.37 |
| Account No. | | | through 2009 Freight Services | | | | |
| Brunton Motor Freight P. O.Box 401 Pontiac, IL 61764 | | H | Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 4,115.87 |
| Account No. | | | through 2009 Vendors - Freight | | | | |
| C H Robinson P. O. Box 9121 Minneapolis, MN 55480-9121 | | H | Debt incurred on behalf of Northern Illinois Brick & JSupply, Inc. | | | | 4,255.00 |

Sheet no. __3__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
                     (Total of this page)       77,530.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven G Adams,**
**Deanne M Adams**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Cahaba Sand & Gravel, Inc.<br>P. O. Box 421<br>Trussville, AL 35173 | | H | | through 2009<br>Supplies<br>Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 500.00 |
| Account No. 4417 1230 4155 4535<br><br>Chase<br>P. O. Box 15152<br>Wilmington, DE 19886 | | J | | During last few years<br>Credit Card<br>Miscellaneous consumer purchases | | | | 17,500.00 |
| Account No. 5222 7631 4000 2084<br><br>Chase<br>P. O. Box 15153<br>Wilmington, DE 19886 | | J | | During past few years<br>Credit Card<br>Miscellaneous consumer purchases, fixtures | | | | 26,500.00 |
| Account No.<br><br>Chase Bank USA<br>Nationwide Credit<br>2002 Summit Blvd, Suite 600<br>Atlanta, GA 30319 | | H | | During past few years<br>Personal Guarantee on business loan of Northern Illinois Brick & Supply Corp., which is no longer in business | | | | 25,000.00 |
| Account No.<br><br>Cherokee Brick & Tile<br>P. O. Box 4567<br>Macon, GA 31208 | | H | | During past several years<br>Business Expense,  personal Guarantee for Northern Illinois Brick & Supply, which is no longer in operation. | | | | 11,300.00 |

Sheet no. __4___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven G Adams,**
    **Deanne M Adams**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Circle 8 Logistics, Inc.<br>977 N Oak Lawn Avenue<br>Elmhurst, IL 60126 | | H | through 2009<br>Services/supplies<br>Debt incurred on behalf of Northern Illinois Bruck & Supply, Inc. | | | | 13,350.00 |
| Account No. 4271 3823 0660 5946<br><br>Citi-Cards<br>Processing Center<br>Des Moines, IA 50363 | | J | During past few years<br>Credit Card<br>Miscellaneous consumer purchases, fixtures, window treatments, furniture, household items | | | | 28,000.00 |
| Account No.<br><br>Clay Products, Inc.<br>2221 Pierce Drive<br>Spring Grove, IL 60081 | | H | through 2009<br>Supplies<br>Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 6,074.08 |
| Account No.<br><br>Cloud Ceramics<br>P. O. Box 369<br>Concordia, KS 69901 | | H | through 2009<br>Vendors - Brick<br>Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 6,697.46 |
| Account No.<br><br>Construction Resource Tech<br>1515 Indian River Blvd.<br>Building A, Suite 222<br>Vero Beach, FL 32960 | | H | through 2009<br>Services<br>Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 1,721.25 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,842.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven G Adams,**
         **Deanne M Adams**                                                    Case No. _____

                                                          ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cook County Trucking Company**<br>**200 E 130th Street**<br>**Chicago, IL 60628** | | H | through 2009<br>**Freight Services**<br>**Debt incurred on behalf of Northern Illinois**<br>**Brick & Supply, Inc.** | | | | 650.00 |
| Account No.<br><br>**Custom Cast Stone**<br>**734 East 169th Street**<br>**Westfield, IN 46074** | | H | through 2009<br>**Supplies**<br>**Debt incurred on behalf of Northern Illinois**<br>**Brick & Supply, Inc.** | | | | 2,966.06 |
| Account No.<br><br>**Custom Cast Stone**<br>**734 East 169th Street**<br>**Westfield, IN 46074** | | H | through 2009<br>**Supplies**<br>**Debt incurred on behalf of Northern Illinois**<br>**Brick & Supply, Inc.** | | | | 794.00 |
| Account No.<br><br>**DeKalb Iron & Metal**<br>**900 Oak Street**<br>**DeKalb, IL 60115** | | H | through 2009<br>**Vendors - iron**<br>**Debt incurred on behalf of Northern Illinois**<br>**Brick & Supply, Inc.** | | | | 16,846.00 |
| Account No. xxxxxxxxxxxx2928<br><br>**Discover**<br>**P. O.Box 6103**<br>**Carol Stream, IL 60197** | | J | During past few years<br>**Credit Card**<br>**Miscellaneous consumer purchases, light**<br>**fixtures** | | | | 14,000.00 |

Sheet no. __6___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,256.06

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven G Adams,**
**Deanne M Adams**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Edwards Pecast** <br> **777 Edwards Road** <br> **Dubuque, IA 52003** | | H | **through 2009** <br> **Supplies** <br> **Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **1,026.40** |
| Account No. <br><br> **Equipment Depot** <br> **2545 Northwest Parkway** <br> **Elgin, IL 60124** | | H | **through 2009** <br> **Supplies** <br> **Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **2,069.50** |
| Account No. <br><br> **Essroc Cement Corp.,** <br> **P.O. box 642336** <br> **Pittsburgh, PA 15264** | | H | **through 2009** <br> **Vendors - Cement/Bag Goods** <br> **Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **19,709.30** |
| Account No. <br><br> **Evans Transportation** <br> **21755 Gatgeway Road** <br> **Brookfield, WI 53045** | | H | **through 2009** <br> **Vendors-Freight** <br> **Debt incurred on behalf of Northern Illinois Bruck & Supply, Inc.** | | | | **27,934.53** |
| Account No. <br><br> **Ford Credit** <br> **National Bankruptcy Center** <br> **P. O. Box 537901** <br> **Livonia, MI 48153-7901** | | J | **2005** <br> **Debt incurred on behalf of Northern Illinois Brick & Supply, Inc., which is no longer in business, for a 2005 Ford Freestyle vehicle. All company assets have been liquidated** | | | | **6,383.50** |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **57,123.23** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven G Adams,**
    **Deanne M Adams**                                                                    Case No. _____

                                              ,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fox Valley Laborers Pen Fun**<br>**8 South Michigan Avenue**<br>**Chicago, IL 60603** | | H | **through 2009**<br>**Claim for contributions**<br>**Concerning Northern Illinois Brick & Supply, Inc.** | | | | **74,365.54** |
| Account No.<br><br>**G&D Transportation**<br>**P. O. Box 5029**<br>**Morton, IL 61550** | | H | **through 2009**<br>**Vendors-Freight**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **913.13** |
| Account No.<br><br>**GJC, Inc.**<br>**9803 Partridge Lane**<br>**Crystal Lake, IL 60014** | | H | **through 2009**<br>**Consultant**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **5,462.50** |
| Account No.<br><br>**Glen Gary Brick**<br>**13186 Collection Center Drive**<br>**Chicago, IL 60693** | | H | **through 2009**<br>**Vendors-Brick**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **30,398.62** |
| Account No.<br><br>**Hearth & Home Technologies**<br>**13311 Collection Center Drive**<br>**Chicago, IL 60693** | | H | **through 2009**<br>**Vendors - Supplies and Materials**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **15,441.62** |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal             **126,581.41**
                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven G Adams,**
       **Deanne M Adams**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hodges Westside Truck Center**<br>**11201 South Grant Highway**<br>**Marengo, IL 60152** | | H | **through 2009**<br>**Freight Services**<br>**Incurred on behalf of Northern Illinois Brick &**<br>**Supply, Inc.** | | | | 2,083.13 |
| Account No.<br><br>**Home Depot**<br>**Processing Center**<br>**Des Moines, IA 50364** | | J | **During last several years**<br>**Credit Card**<br>**Miscellaneous consumer purchases** | | | | 1,500.00 |
| Account No. **5155-9701-7723-1731**<br><br>**HSBC Card Services**<br>**P. O. Box 88000**<br>**Baltimore, MD 21288** | | J | **During past few years**<br>**Credit Card**<br>**Miscellaneous consumer purchases** | | | | 200.00 |
| Account No.<br><br>**IB&B, LLC**<br>**P. O.Box 1039**<br>**Crown Point, IN 46308** | | H | **during past several years**<br>**Business Expense of Northern Illinois Brick &**<br>**Supply, which is no longer in business** | | | | 16,500.00 |
| Account No.<br><br>**Illana Block & Brick**<br>**P. O. Box 1039**<br>**Crown Point, IN 46308** | | H | **through 2009**<br>**Vendor - Block/Brick**<br>**Debt incurred on behalf of Northern Illinois**<br>**Brick & Supply Inc.** | | | | 16,273.76 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,556.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven G Adams,**
    **Deanne M Adams**
_____ ,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Isokern**<br>**7728 South Grant**<br>**Willowbrook, IL 60527** | | H | through 2009<br>**Services**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 1,500.00 |
| Account No.<br><br>**LaFarge Corporation**<br>**P. O. Box 93323**<br>**Chicago, IL 60673** | | H | through 2009<br>**Vendors - Cement**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 21,490.15 |
| Account No.<br><br>**Limestone, Inc.**<br>**5596 North Northwest Highway**<br>**Chicago, IL 60630** | | H | through 2009<br>**Supplies**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 3,368.23 |
| Account No.<br><br>**Loftus & Loftus, Ltd.**<br>**646 Busse Highway**<br>**Park Ridge, IL 60068** | | H | through 2009<br>**Services**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 2,581.42 |
| Account No.<br><br>**Marion Ceramics, Inc.**<br>**P. O. Box 1134**<br>**Highway 301 North**<br>**Marion, SC 29571** | | H | through 2009<br>**Supplies**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 2,029.20 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,969.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven G Adams,**
       **Deanne M Adams**                                                    Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | through 2009 Vendors - Limestone | | | | |
| **Michaels & Son** **RR1, Box 119AB** **Bloomfield, IN 47424** | | H | | **Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 39,860.32 |
| Account No. | | | | through 2009 Vendors - Freight | | | | |
| **Mid Seven Transportation** **2323 Delaware Avenue** **Des Moines, IA 50317** | | H | | **Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 46,145.96 |
| Account No. | | | | through 2009 Trucking Services | | | | |
| **Nelson Trucking** **29948 North 975 East Road** **Cornell, IL 61319-9310** | | H | | **Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 1,800.00 |
| Account No. | | | | through 2009 Vendors - Brick | | | | |
| **Old Virginia Brick** **P. O. Box j508** **Salem, VA 24153** | | H | | **Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | 23,461.96 |
| Account No. | | | | through 2009 Vendors - Cement/Bag goods | | | | |
| **Packaged Concrete** **1 S (50 S. Lorang Road** **Elburn, IL 60119** | | H | | **Debt incurred on behalf of Northern Illinois Brick & Supply,, Inc.** | | | | 24,159.84 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            135,428.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven G Adams,**
      **Deanne M Adams**
                                                 ,

Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>PetroLiance LLC<br>P. O. Box 905692<br>Charlotte, NC 28290-5692 | | H | | through 2009<br>Vendors - fuel<br>Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 1,514.42 |
| Account No.<br><br>PFT Enterprises, Inc.<br>1185 Carolina Drive<br>West Chicago, IL 60185 | | H | | through 2009<br>Services<br>Debt incurred by Northern Illinois Brick & Supply, Inc. | | | | 1,783.60 |
| Account No. 130-608-4169<br><br>Phillips 66<br>P. O. Box 6402<br>Sioux Falls, SD 57117 | | H | | During last several years<br>Gas charge card | | | | 100.00 |
| Account No.<br><br>Pine Hall Brick<br>P. O. Box 751349<br>Charlotte, NC 28275-1349 | | H | | through 2009<br>Vendors - Brick<br>Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 27,079.16 |
| Account No.<br><br>Producers Chemical Co.<br>39708 Treasury Center<br>Chicago, IL 60694 | | W | | through 2009<br>Supplies<br>Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 127.50 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,604.68

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven G Adams,**
    **Deanne M Adams**
                                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Rademann Stone & Landscape <br> W5551 County Road B <br> Fond Du Lac, WI 54936 | | H | | through 2009 <br> Vendors - Stone <br> Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 29,023.26 |
| Account No. <br><br> Ramm Brick <br> 225 Industrial Drive - Unit 9 <br> Hampshire, IL 60140 | | H | | through 2009 <br> Vendors - Brick <br> Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 2,299.50 |
| Account No. <br><br> Redland Brick <br> P. O. Box 64194 <br> Baltimore, MD 21264 | | H | | through 2009 <br> Vendors-Brick <br> Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 29,904.10 |
| Account No. <br><br> Rochester Concrete/GLS Ind <br> 7200 North HIghway 63 <br> Rochester, MN 55906 | | H | | through 2009 <br> Supplies <br> Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 3,997.84 |
| Account No. <br><br> Roeser & Vucha <br> Attorneys at Law <br> 920 Davis Road <br> Elgin, IL 60123 | | J | | Over the last several years <br> Legal Servcies for Debtors and on behalf of Northern Illinois Brick & Supply, Inc. | | | | 53,594.53 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

118,819.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven G Adams,**
         **Deanne M Adams**                                                                    Case No. _____
_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | through 2009 Supplies/Services Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | |
| S S Schwarz Construction 1185 Carolina Drive West Chicago, IL 60185 | | H | | | | | | 3,758.00 |
| Account No. | | | | Through 2009 Supplies Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | |
| Saban Company 225 Commonwealth Drive Carol Stream, IL 60188 | | H | | | | | | 5,500.00 |
| Account No. | | | | Through 2009 Supplies Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | |
| Sandkuhl Clay Works, Inc. 05536 Kossuth-Amanda Road Spencerville, OH 45887 | | H | | | | | | 5,483.50 |
| Account No. | | | | Through 2009 Vendors - Stone Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | |
| Semco Natural Stone 50 Robinson Industrial Drive Perryville, MO 63775-7330 | | H | | | | | | 7,238.90 |
| Account No. | | | | Through 2009 Vendors-Brick Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | |
| Sioux City Brick & Tile P. O.Box 807 Sioux City, IA 51102 | | H | | | | | | 26,908.45 |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,888.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven G Adams,**
      **Deanne M Adams**                                                    Case No. _____

                                                  ,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Through 2009 Services | | | | |
| Smith Amundsen LLC 150 North Michigan Avenue Suite 3300 Chicago, IL 60601 | | H | Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 2,042.10 |
| Account No. | | | 2007 Rent - personal guarantee for Northern Illinois Brick & Supply, which is no longer in business | | | | |
| St. Bart Holdings 18851 Wolf Road Mokena, IL 60448 | | H | | | | | 24,000.00 |
| Account No. | | | Through 2009 Services | | | | |
| St. Bart Holdings 18851 South Wolf Road Mokena, IL 60448 | | H | Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 4,101.00 |
| Account No. | | | Up through 2009 Supplies | | | | |
| Stonecraft Cast Stone P. O. Box 45 Steger, IL 60475 | | H | Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 1,440.00 |
| Account No. | | | Through 2009 Supplies | | | | |
| Streater Brick, Inc. 310 West 9th Street P. O. Box 105 Streator, IL 61364 | | H | Debt incurred on behalf of Northern Illinois Brick & Supply, Inc. | | | | 53.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **31,636.10**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Steven G Adams,**
       **Deanne M Adams**
                                              ,    Case No. _____

                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Summit Brick & Tile**<br>**Thirteenth & Erie**<br>**P. O. Box 533**<br>**Pueblo, CO 81002** | | H | Through 2009<br>Vendors-Brick<br>**Debt incurred on behalf of Northern Illinois**<br>**Brick & Supply, Inc.** | | | | 6,224.90 |
| Account No.<br><br>**Superior Clay Corp**<br>**P. O. Box 352**<br>**Uhrichsville, OH 44683** | | H | Through 2009<br>Chimney/Flue<br>**Debt incurred on behalf of Northern Illinois**<br>**Brick & Supply, Inc.** | | | | 7,580.24 |
| Account No.<br><br>**T & J Transportation**<br>**730 Arrowhead Lane**<br>**Cave City, AR 72521** | | H | Through 2009<br>Vendors/Freight<br>**Debt incurred on behalf of Northern Illinois**<br>**Brick & Supply, Inc.** | | | | 8,324.00 |
| Account No. **2920**<br><br>**Target Visa**<br>**P. O. Box 660170**<br>**Dallas, TX 75266** | | J | Over last few years<br>Credit Card<br>Miscellaneous expenses | | | | 17,000.00 |
| Account No.<br><br>**Thies General Trucking**<br>**RR2**<br>**Streator, IL 61364** | | H | Through 2009<br>Vendors - Freight<br>**Debt incurred on behalf of Northern Illinois**<br>**Brick & Supply, Inc.** | | | | 500,000.00 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

539,129.14

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven G Adams,**
**Deanne M Adams**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6045 8520 1632 4962** <br><br> **TJX - Chase** <br> **P.O. Box 15153** <br> **Wilmington, DE   19886** | | J | | **During past few years** <br> **Credit Card** <br> **Miscellaneous purchases** | | | | **100.00** |
| Account No. <br><br> **Unilock** <br> **Teller, Levit & Silvertrust, PC** <br> **11 East Adams Street, Suite 800** <br> **Chicago, IL 60603** | | H | | **Approximately 2007** <br> **Personal guarantee for Northern Illinois Brick & Supply, which is no longer in business. Judgment entered against Steven G. Adams and Northern Illinois Brick & Supply.  Kane County Case No. 10L-705** | | | | **55,000.00** |
| Account No. <br><br> **Unilock** <br> **301 East Sullivan Road** <br> **Aurora, IL 60504** | | H | | **Through 2009** <br> **Landscaping Material** <br> **Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **43,051.31** |
| Account No. <br><br> **Victory Trucking Services, Inc.** <br> **45W451 Penstemon Lane** <br> **Hampshire, IL 60140** | | H | | **Through 2009** <br> **Trucking Services** <br> **Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **2,926.21** |
| Account No. <br><br> **Visa/Mastercard** <br> **First National Merchant** <br> **P. O. Box 2196** <br> **Omaha, NE 68103** | | H | | **Business expenses** | | | | **2,500.00** |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**103,577.52**

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven G Adams,**
    **Deanne M Adams**
                                                 ,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Welch Brothers, Inc.**<br>**1050 St. Charles Street**<br>**Elgin, IL 60120** | | H | **Through 2009**<br>**Supplies**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **2,882.50** |
| Account No.<br><br>**Wells Fargo Fin Capital Finance**<br>**Accounts Receivable**<br>**P. O.Box 7777**<br>**San Francisco, CA 94120-7777** | | H | **Through 2009**<br>**Services**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **548.86** |
| Account No.<br><br>**Wells Fargo Financial Cap**<br>**Accounts Receivable**<br>**P.O. Box 7777**<br>**San Francisco, CA 94120-7777** | | H | **Through 2009**<br>**Services**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **455.55** |
| Account No.<br><br>**Werden Buck Co.**<br>**P. O.Box 486**<br>**Joliet, IL 60434** | | H | **Through 2009**<br>**Supplies**<br>**Debt incurred on behalf of Northern Illinois Brick & Supply, Inc.** | | | | **1,439.35** |
| Account No.<br><br>**Wessels Pautsch & Sherman**<br>**Dunham Center**<br>**2035 Foxfield Road**<br>**Saint Charles, IL 60174** | | J | **Through 2009**<br>**Legal Services**<br>**Northern Illinois Brick & Supply, Inc.** | | | | **5,938.50** |

Sheet no. __**18**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **11,264.76** |
| Total<br>(Report on Summary of Schedules) | **3,475,021.13** |

B6G (Official Form 6G) (12/07)

.

In re  **Steven G Adams,**
      **Deanne M Adams**
                                              ,
                              Debtors

Case No. _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re      **Steven G Adams,**                                                           Case No. _____
      **Deanne M Adams**

_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Steven G Adams**
　　　　**Deanne M Adams**　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Salesman** | **Paramedic** |
| Name of Employer | **CMI** | **Marengo Rescue** |
| How long employed | **21 months** | **Approx. 2.5 years** |
| Address of Employer | **2250 North Rand Road**<br>**Palatine, IL 60074** | **110 Telegraph Street**<br>**Marengo, IL 60152** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $　8,333.35 | $　1,473.33 |
| 2. Estimate monthly overtime | $　0.00 | $　0.00 |
| 3. SUBTOTAL | $　8,333.35 | $　1,473.33 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $　1,868.75 | $　217.88 |
| b. Insurance | $　120.81 | $　46.28 |
| c. Union dues | $　0.00 | $　0.00 |
| d. Other (Specify): | $　0.00 | $　0.00 |
| | $　0.00 | $　0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $　1,989.56 | $　264.16 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $　6,343.79 | $　1,209.17 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $　0.00 | $　0.00 |
| 8. Income from real property | $　0.00 | $　0.00 |
| 9. Interest and dividends | $　0.00 | $　0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $　0.00 | $　0.00 |
| 11. Social security or government assistance<br>(Specify): | $　0.00 | $　0.00 |
| | $　0.00 | $　0.00 |
| 12. Pension or retirement income | $　0.00 | $　0.00 |
| 13. Other monthly income<br>(Specify): | $　0.00 | $　0.00 |
| | $　0.00 | $　0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $　0.00 | $　0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $　6,343.79 | $　1,209.17 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $　7,552.96 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re      **Steven G Adams**
           **Deanne M Adams**                                        Case No. _____
_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,719.68 |
| a. Are real estate taxes included?          Yes **X**      No ___ | | |
| b. Is property insurance included?          Yes ___      No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 130.00 |
| b. Water and sewer | $ | 65.00 |
| c. Telephone | $ | 318.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 262.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 500.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 400.00 |
| 6. Laundry and dry cleaning | $ | 200.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 187.00 |
| b. Life | $ | 660.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 127.00 |
| e. Other   **See Detailed Expense Attachment** | $ | 512.70 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 519.00 |
| b. Other   **See Detailed Expense Attachment** | $ | 2,366.95 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 383.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,920.33 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 7,552.96 |
| b.    Average monthly expenses from Line 18 above | $ | 9,920.33 |
| c.    Monthly net income (a. minus b.) | $ | -2,367.37 |

B6J (Official Form 6J) (12/07)

In re    **Steven G Adams**
      **Deanne M Adams**                  Case No. _____
                      Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cable and satellite | $ | 122.00 |
| Intenet | $ | 65.00 |
| Wisconsin property utilities | $ | 75.00 |
| **Total Other Utility Expenditures** | $ | **262.00** |

**Other Insurance Expenditures:**

| | | |
|---|---|---:|
| Symetra Life Insurance premium | $ | 300.00 |
| Term Life Premium - Pekin | $ | 138.95 |
| Term Life Premium - US Financial | $ | 73.75 |
| **Total Other Insurance Expenditures** | $ | **512.70** |

**Other Installment Payments:**

| | | |
|---|---|---:|
| Godfrey Hurricane Deckboat 2004 | $ | 275.00 |
| Second Mortgage on Home | $ | 215.00 |
| Mortgage payment on Wisconsin property including taxes & Ins | $ | 1,876.95 |
| **Total Other Installment Payments** | $ | **2,366.95** |

**Other Expenditures:**

| | | |
|---|---|---:|
| Car Maintenance, license plates | $ | 21.00 |
| Cigarettes | $ | 32.00 |
| Haircuts and coloring | $ | 230.00 |
| Pedicure and manicure | $ | 60.00 |
| I-Pass | $ | 40.00 |
| **Total Other Expenditures** | $ | **383.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Steven G Adams**
         **Deanne M Adams**
                                                          Case No.
                              Debtor(s)        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**38**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 21, 2011**                Signature   **/s/ Steven G Adams**
                                                     **Steven G Adams**
                                                     Debtor

Date   **July 21, 2011**                Signature   **/s/ Deanne M Adams**
                                                     **Deanne M Adams**
                                                     Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Steven G Adams
     Deanne M Adams                            Case No.

                                          Debtor(s)                  Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $100,000.16 | 2010 - Husband - employment at Contractors Material, Inc. |
| $39,384.58 | 2010 - Wife - Employment at Marengo Rescrue Squad |
| $43,476.36 | 2009 - Husband, wages from Northern Ilinois Brick & Supply |
| $40,060.04 | 2009 - Wife - wages earned from Marengo Rescue Squad |
| $206.37 | 2009 - Wife - wages earned from Provena Hospitals |
| $303.75 | 2009 - Wife - wages earned from Rutland-Dundee Fire Protection District |
| $7,651.66 | 2009 - Wife - wages earned from Northern Illinois Brick & Supply |
| $9,724.00 | 2011 - Wife- income from Marengo Rescue Squad to July 15, 2011 |

| AMOUNT | SOURCE |
|---|---|
| $51,923.16 | 2011 - Husband - year to date (through 07/08/11) wages from Contractors Material, Inc. |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $437.00 | 2009 State Income Tax Refund re: joint return |
| $4.00 | 2010 - Interest as indicated on Joint Return |
| $319.00 | 2010 - Miscellaneous commodities capital gain as reported on joint return |
| $17.15 | 2009 - Wife - dividends earned from RELIV International, per tax return |
| $2.46 | 2009 - Husband - General Electric Co. dividends from Edward Jones |
| $3,160.00 | 2009 - joint - state income tax refund as reported on return |
| $2,050.00 | 2009 - Husband - Unemployment Compensation as reported on return |
| $50,000.00 | 2009 - Husband - IRA Distribution |
| $655.00 | 2009 - Joint - capital gain distribution |
| $106,900.00 | 2010 - Husband - IRA Distribution |
| $7.35 | 2011 - Wife - gross distribution from stock |

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Bank of America P. O. Box 45224 Jacksonville, FL 32232 | $275.00 per month during last three months for 2004 Godfrey Hurricane Deckboat | $825.00 | $4,000.00 |
| Chase P. O. Box 9001020 Louisville, KY 40290 | $215.00 per month paid during last three months | $645.00 | $78,000.00 |
| CitiMortgage P. O. Box 660005 Dallas, TX 75266 | $1,719.68 paid each month during the past three months | $5,158.80 | $115,600.00 |
| Harris Bank P. O. Box 6201 Carol Stream, IL 60197 | $519.00 per month for the last three months | $1,557.00 | $26,500.00 |
| Wells Fargo P. O. Box 689195 Carol Stream, IL 60197 | $1,876.95 per month paid for the last three months | $5,630.85 | $182,000.00 |

3

None ■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None □   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Unilock Chicago, Inc., vs. Steve Adams Case No.  10L 705** | **Collection** | **In the Circuit Court for the Sixteenth Judicial Circuit, Kane County, Illinois** | **Pending** |
| **Harris, N.A. vs. Steven G. Adams Case No. 10 L 522** | **Collection** | **In the Circuit Court for the Sixteenth Judicial Circuit, Kane County, Illinois.** | **Pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

4

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Attorney Leo M. Flanagan, Jr.** **85 Market Street** **Elgin, IL 60123** | **July 20, 2011** | **$3,500.00, including $299.00 filing fee** |
| **Money Management International** **14141 Southwest Freeway, Suite 1000** **Sugar Land, TX 77478-3494** | **July 15, 2011** | **$50.00 credit counseling** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **Chase**<br>**270 South Randall Road**<br>**Elgin, IL 60123** | **Steven Adams and Deanne Adams**<br>**1216 Century Oaks Drive**<br>**Elgin, Illinois  60123** | **Insurance and legal papers, and several $2 bills** | **N/A** |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Northern Illinois Brick & Supply Inc.** | **xxxxx2064** | **908 South Fleming Woodstock, IL 60098** | **Sale of masonry products** | **From April 24, 1991 through approximately December of 2009** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

      *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                     DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                      DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                       ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                  DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY             INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                        RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST                PERCENTAGE OF INTEREST

8

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 21, 2011**                          Signature  **/s/ Steven G Adams**
                                                              **Steven G Adams**
                                                              Debtor

Date  **July 21, 2011**                          Signature  **/s/ Deanne M Adams**
                                                              **Deanne M Adams**
                                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Steven G Adams**
         **Deanne M Adams**
                                     Debtor(s)

Case No.

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name: | Describe Property Securing Debt: |
| --- | --- |
| **Bank of America** | **2004 Godfrey Hurricane Deckboat and Trailer** |

Property will be (check one):
     ☐ Surrendered                   ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                   ☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name: | Describe Property Securing Debt: |
| --- | --- |
| **Chase** | **1216 Century Oaks Drive** <br> **Elgin, Illinois   60123** |

Property will be (check one):
     ☐ Surrendered                   ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                   ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                        Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**CitiMortgage** | **Describe Property Securing Debt:**<br>**1216 Century Oaks Drive**<br>**Elgin, Illinois  60123** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>**Harris Bank** | **Describe Property Securing Debt:**<br>**2009 Nissan Murano** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo** | **Describe Property Securing Debt:**<br>**4519 Silverwood**<br>**Delevan, Wisconsin** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 21, 2011** _____     Signature     **/s/ Steven G Adams** _____
                                                          **Steven G Adams**
                                                          Debtor

Date  **July 21, 2011** _____     Signature     **/s/ Deanne M Adams** _____
                                                          **Deanne M Adams**
                                                          Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Steven G Adams**
       **Deanne M Adams**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 3,200.00 |
| Prior to the filing of this statement I have received | $ 0.00 |
| Balance Due | $ 3,200.00 |

2.  $ **299.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 21, 2011**

**/s/ Leo M. Flanagan, Jr.**
**Leo M. Flanagan, Jr. 00828181**
**Brittain & Ketcham, P. c.**
**85 Market Street**
**Elgin, IL 60123**
**847-742-6100  Fax: 847-742-6152**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)                                                                                          Page 2

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Steven G Adams**
       **Deanne M Adams**                                          Case No. _____

                                               Debtor(s)      Chapter     **7**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Steven G Adams**
**Deanne M Adams**                              X   **/s/ Steven G Adams**            **July 21, 2011**

Printed Name(s) of Debtor(s)                        Signature of Debtor                Date

Case No. (if known)  _____        X   **/s/ Deanne M Adams**          **July 21, 2011**

                                              Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                             Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Steven G Adams**
    **Deanne M Adams**

Case No. _____

                               Debtor(s)

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                           **101**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 21, 2011**

**/s/ Steven G Adams**
**Steven G Adams**
Signature of Debtor

Date:  **July 21, 2011**

**/s/ Deanne M Adams**
**Deanne M Adams**
Signature of Debtor

Acme Brick & Supply Co.
1405 BElvidere St., #350A
Waukegan, IL 60085


Acme Brick Company
P. O. Box 99198
Fort Worth, TX 76199-0198


Adams Brick
2671 East 100th Street
Chicago, IL 60617


Alsey Refractories Co.
1600 South Brentwood Blvd., #210
Saint Louis, MO 63144


Alside Supply
2500 Vantage Drive
Elgin, IL 60123


Amcore Bank, N.A.
501 Seventh Street
P. O Box 1537
Rockford, IL 61104


Amcore Bank, NA
501 Seventh Street
P. O. Box 1537
Rockford, IL 61110-0037


American CSP
14563 136th Street
Lemont, IL 60439


Amino Transport
P. O. Box 54220
Hurst, TX 76053


Attorney Ron Roeser
920 Davis Road
Elgin, IL 60123


B E Atlas Co.
4300 North Kilpatrick Ave
Chicago, IL 60641

Bank of America
P. O. Box 45224
Jacksonville, FL 32232


Bank of America
P. O. Box 851001
Dallas, TX 75285


Blue Cross lue Shield
P. O. Box 1186
Chicago, IL 60690


Bowerston Shale Co.
P. O. Box 199
Bowerston, OH 44695


Brampton Brick Ltd
225 Wanless Drive
Brompton, ON


Brampton Brick, Inc.
P. O. Box 636329
Cincinati, OH 46263-6329


BrickCraft
P. O. Box 888693
Grand Rapids, MI 49588-8693


Brunton Motor Freight
P. O.Box 401
Pontiac, IL 61764


C H Robinson
P. O. Box 9121
Minneapolis, MN 55480-9121


Cahaba Sand & Gravel, Inc.
P. O. Box 421
Trussville, AL 35173


Chase
P. O. Box 15152
Wilmington, DE 19886

Chase
P, . O. Box 9001020
Louisville, KY 40290


Chase
P. O. Box 15153
Wilmington, DE 19886


Chase Bank USA
Nationwide Credit
2002 Summit Blvd, Suite 600
Atlanta, GA 30319


Cherokee Brick & Tile
P. O. Box 4567
Macon, GA 31208


Circle 8 Logistics, Inc.
977 N Oak Lawn Avenue
Elmhurst, IL 60126


Citi-Cards
Processing Center
Des Moines, IA 50363


CitiMortgage
P. O. Box 660005
Dallas, TX 75266


Clay Products, Inc.
2221 Pierce Drive
Spring Grove, IL 60081


Cloud Ceramics
P. O. Box 369
Concordia, KS 69901


Construction Resource Tech
1515 Indian River Blvd.
Building A, Suite 222
Vero Beach, FL 32960


Cook County Trucking Company
200 E 130th Street
Chicago, IL 60628

Custom Cast Stone
734 East 169th Street
Westfield, IN 46074


Custom Cast Stone
734 East 169th Street
Westfield, IN 46074


DeKalb Iron & Metal
900 Oak Street
DeKalb, IL 60115


Discover
P. O.Box 6103
Carol Stream, IL 60197


Edwards Pecast
777 Edwards Road
Dubuque, IA 52003


Equipment Depot
2545 Northwest Parkway
Elgin, IL 60124


Essroc Cement Corp.,
P.O. box 642336
Pittsburgh, PA 15264


Evans Transportation
21755 Gatgeway Road
Brookfield, WI 53045


Ford Credit
National Bankruptcy Center
P. O. Box 537901
Livonia, MI 48153-7901


Fox Valley Laborers Pen Fun
8 South Michigan Avenue
Chicago, IL 60603


G&D Transportation
P. O. Box 5029
Morton, IL 61550

GJC, Inc.
9803 Partridge Lane
Crystal Lake, IL 60014

Glen Gary Brick
13186 Collection Center Drive
Chicago, IL 60693

Harris Bank
P. O. Box 6201
Carol Stream, IL 60197

Harris Bank
P. O. Box 6201
Carol Stream, IL 60197

Hearth & Home Technologies
13311 Collection Center Drive
Chicago, IL 60693

Hodges Westside Truck Center
11201 South Grant Highway
Marengo, IL 60152

Home Depot
Processing Center
Des Moines, IA 50364

HSBC Card Services
P. O. Box 88000
Baltimore, MD 21288

IB&B, LLC
P. O.Box 1039
Crown Point, IN 46308

Illana Block &  Brick
P. O. Box 1039
Crown Point, IN 46308

Isokern
7728 South Grant
Willowbrook, IL 60527

LaFarge Corporation
P. O. Box 93323
Chicago, IL 60673


Limestone, Inc.
5596 North Northwest Highway
Chicago, IL 60630


Loftus & Loftus, Ltd.
646 Busse Highway
Park Ridge, IL 60068


Marion Ceramics, Inc.
P. O. Box 1134
Highway 301 North
Marion, SC 29571


Michaels & Son
RR1, Box 119AB
Bloomfield, IN 47424


Mid Seven Transportation
2323 Delaware Avenue
Des Moines, IA 50317


Nelson Trucking
29948 North 975 East Road
Cornell, IL 61319-9310


Old Virginia Brick
P. O. Box j508
Salem, VA 24153


Packaged Concrete
1 S (50 S. Lorang Road
Elburn, IL 60119


PetroLiance LLC
P. O. Box 905692
Charlotte, NC 28290-5692


PFT Enterprises, Inc.
1185 Carolina Drive
West Chicago, IL 60185

Phillips 66
P. O. Box 6402
Sioux Falls, SD 57117


Pine Hall Brick
P. O. Box 751349
Charlotte, NC 28275-1349


Producers Chemical Co.
39708 Treasury Center
Chicago, IL 60694


Rademann Stone & Landscape
W5551 County Road B
Fond Du Lac, WI 54936


Ramm Brick
225 Industrial Drive - Unit 9
Hampshire, IL 60140


Redland Brick
P. O. Box 64194
Baltimore, MD 21264


Rochester Concrete/GLS Ind
7200 North HIghway 63
Rochester, MN 55906


Roeser & Vucha
Attorneys at Law
920 Davis Road
Elgin, IL 60123


S S Schwarz Construction
1185 Carolina Drive
West Chicago, IL 60185


Saban Company
225 Commonwealth Drive
Carol Stream, IL 60188


Sandkuhl Clay Works, Inc.
05536 Kossuth-Amanda Road
Spencerville, OH 45887

Semco Natural Stone
50 Robinson Industrial Drive
Perryville, MO 63775-7330


Sioux City Brick & Tile
P. O.Box 807
Sioux City, IA 51102


Smith Amundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601


St. Bart Holdings
18851 Wolf Road
Mokena, IL 60448


St. Bart Holdings
18851 South Wolf Road
Mokena, IL 60448


Stonecraft Cast Stone
P. O. Box 45
Steger, IL 60475


Streater Brick, Inc.
310 West 9th Street
P. O. Box 105
Streator, IL 61364


Summit Brick & Tile
Thirteenth & Erie
P. O. Box 533
Pueblo, CO 81002


Superior Clay Corp
P. O. Box 352
Uhrichsville, OH 44683


T & J Transportation
730 Arrowhead Lane
Cave City, AR 72521

Target Visa
P. O. Box 660170
Dallas, TX 75266


Thies General Trucking
RR2
Streator, IL 61364


TJX - Chase
P.O. Box 15153
Wilmington, DE    19886


Unilock
Teller, Levit & Silvertrust, PC
11 East Adams Street, Suite 800
Chicago, IL 60603


Unilock
301 East Sullivan Road
Aurora, IL 60504


Victory Trucking Services, Inc.
45W451 Penstemon Lane
Hampshire, IL 60140


Visa/Mastercard
First National Merchant
P. O. Box 2196
Omaha, NE 68103


Welch Brothers, Inc.
1050 St. Charles Street
Elgin, IL 60120


Wells Fargo
P. O. Box 689195
Carol Stream, IL 60197


Wells Fargo
P. O. Box 689195
Carol Stream, IL 60197

```
Wells Fargo Fin Capital Finance
Accounts Receivable
P. O.Box 7777
San Francisco, CA 94120-7777


Wells Fargo Financial Cap
Accounts Receivable
P.O. Box 7777
San Francisco, CA 94120-7777


Werden Buck Co.
P. O.Box 486
Joliet, IL 60434


Wessels Pautsch & Sherman
Dunham Center
2035 Foxfield Road
Saint Charles, IL 60174
```