# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADAMS, STEVEN G | § | Case No. 11-29919 |
| ADAMS, DEANNE M | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on         . The undersigned trustee was appointed on                     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Roy Safanda_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-29919 MB Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | ADAMS, STEVEN G | Date Filed (f) or Converted (c): | 07/21/11 (f) |
| | ADAMS, DEANNE M | 341(a) Meeting Date: | 08/22/11 |
| For Period Ending: | 02/01/12 | Claims Bar Date: | 01/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1216 Century Oaks Drive Elgin, Illinois 60123 Sing | 200,000.00 | 170,000.00 | DA | 0.00 | FA |
| 2. 4519 Silverwood Drive, Delavan, Wisconsin 53115 | 200,000.00 | 18,000.00 | DA | 0.00 | FA |
| 3. 6140 Midnight Pass Road, Sarasota, Florida Tax Par | 250,000.00 | 249,968.45 | DA | 223,425.00 | FA |
| 4. Cash in lock box at Chase Bank, Elgin, Illinois | 24.00 | 0.00 | DA | 0.00 | FA |
| 5. Cash in wallet | 11.00 | 0.00 | DA | 0.00 | FA |
| 6. Cash in wallet | 15.67 | 0.00 | DA | 0.00 | FA |
| 7. Single Account with Edward Jones 201 Progress Park | 81.26 | 0.00 | DA | 0.00 | FA |
| 8. Associated Bank N.A, 200 ADams St., Green Bay WI 5 | 207.00 | 0.00 | DA | 0.00 | FA |
| 9. Elgin State Bank, 1001 S. Randall Rd., Elgin, IL 6 | 353.91 | 0.00 | DA | 0.00 | FA |
| 10. First Community Bank, 165 S. Randall Rd., Elgin, I | 74.00 | 0.00 | DA | 0.00 | FA |
| 11. Account No.l 8933-0884 at Wells Fargo | 1,947.14 | 0.00 | DA | 0.00 | FA |
| 12. Chase, P. O. Box 659754, San Antonio, Texas 78265- | 74.45 | 0.00 | DA | 0.00 | FA |
| 13. LR - couch; chair, end table, coffee table; Master | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14. Six DVD's | 5.00 | 0.00 | DA | 0.00 | FA |
| 15. Husband - one blue suit; 1 black sport coat; 3 dre | 200.00 | 0.00 | DA | 0.00 | FA |
| 16. Wife - 5 pairs of blue jeans; 2 pairs of black jea | 300.00 | 0.00 | DA | 0.00 | FA |
| 17. Husband - wedding band | 75.00 | 0.00 | DA | 0.00 | FA |
| 18. Wife - engagement ring and wedding band | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 19. 1 Kodak camera; l set of very old golf clubs; 2 pi | 100.00 | 0.00 | DA | 0.00 | FA |
| 20. Symetra Life Insurance Company/Universal, Policy N | 2,476.78 | 0.00 | DA | 0.00 | FA |
| 21. Pekin Life Insurance Company, 2505 Court Street, Pe | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. US Financial Life Insurance Company, P. O. Box 476 | 0.00 | 0.00 | DA | 0.00 | FA |
| 23. IRA - Edward Jones, 201 Progress Pkway, Maryland H | 41,700.74 | 0.00 | DA | 0.00 | FA |
| 24. IRA with Edward Jones, 201 Progress Parkway, Maryl | 6,502.13 | 0.00 | DA | 0.00 | FA |
| 25. IRA with Edward Jones, 201 Progress Parkway, Maryl | 43,618.04 | 0.00 | DA | 0.00 | FA |
| 26. IRA with Wells Fargo, c/o Trotter/Rueckert/Gempele | 99,318.15 | 0.00 | DA | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 11-29919 MB   Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | ADAMS, STEVEN G | Date Filed (f) or Converted (c): | 07/21/11 (f) |
|  | ADAMS, DEANNE M | 341(a) Meeting Date: | 08/22/11 |
|  |  | Claims Bar Date: | 01/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Provena Healthcare, P. O. Box 7800, Gurnee, Illino | 3,625.58 | 0.00 | DA | 0.00 | FA |
| 28. 2002 Ford F150 Pick-up Truck | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 29. 2009 Nissan Murano | 22,750.00 | 0.00 | DA | 0.00 | FA |
| 30. 2004 Godfrey Hurricane Deckboat and Trailer | 15,500.00 | 0.00 | DA | 0.00 | FA |
| 31. 2 used Dell lap top computers | 200.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 23.47 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $894,059.85 | $437,968.45 | $223,448.47 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/12     Current Projected Date of Final Report (TFR): 06/01/12

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                              Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-29919 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | ADAMS, STEVEN G | | Bank Name: | Capital One |
| | ADAMS, DEANNE M | | Account Number / CD #: | *******7501  Money Market Account |
| Taxpayer ID No: | *******8512 | | | |
| For Period Ending: | 02/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/11 | 3 | McCoy Family Trust | | | 223,425.00 | | 223,425.00 |
| | | MCCOY FAMILY TRUST | Memo Amount: 225,000.00 | 1110-000 | | | |
| | | SARASOTA COUNTY, FLORIDA | Memo Amount: ( 1,575.00 ) | 2820-000 | | | |
| | | | Documentary Stamp Tax | | | | |
| 12/30/11 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 11.26 | | 223,436.26 |
| 01/26/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 12.21 | | 223,448.47 |
| 01/26/12 | | Transfer to Acct #*******7536 | Bank Funds Transfer | 9999-000 | | 223,448.47 | 0.00 |

|  | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 225,000.00 | COLUMN TOTALS | 223,448.47 | 223,448.47 | 0.00 |
| Memo Allocation Disbursements: | 1,575.00 | Less: Bank Transfers/CD's | 0.00 | 223,448.47 | |
| | | Subtotal | 223,448.47 | 0.00 | |
| Memo Allocation Net: | 223,425.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 223,448.47 | 0.00 | |

Page Subtotals    223,448.47    223,448.47

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-29919 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | ADAMS, STEVEN G | | Bank Name: | Capital One |
| | ADAMS, DEANNE M | | Account Number / CD #: | *******7536 Checking Account |
| Taxpayer ID No: | *******8512 | | | |
| For Period Ending: | 02/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******7501 | Bank Funds Transfer | 9999-000 | 223,448.47 | | 223,448.47 |
| 01/26/12 | 001001 | Clerk of the U.S. Bankruptcy Court | Adv. Filing Fee | 2700-000 | | 250.00 | 223,198.47 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 223,448.47 | 250.00 | 223,198.47 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | | 223,448.47 | 0.00 | |
| | | | Subtotal | | 0.00 | 250.00 | |
| Memo Allocation Net: | 0.00 | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 250.00 | |
| | | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 225,000.00 | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,575.00 | | Money Market Account - ********7501 | | 223,448.47 | 0.00 | 0.00 |
| | | | Checking Account - ********7536 | | 0.00 | 250.00 | 223,198.47 |
| Total Memo Allocation Net: | 223,425.00 | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 223,448.47 | 250.00 | 223,198.47 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  223,448.47  250.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 16.05c

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: February 01, 2012 |

Case Number:  11-29919  
Debtor Name:  ADAMS, STEVEN G

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18<br>001<br>3210-00 | Roy Safanda, Attorney | Administrative | | $1,256.25 | $0.00 | $1,256.25 |
| 000001<br>070<br>7100-00 | Unilock<br>Teller, Levit & Silvertrust, PC<br>11 East Adams Street, Suite 800<br>Chicago, IL 60603 | Unsecured | | $50,671.52 | $0.00 | $50,671.52 |
| 000002<br>070<br>7100-00 | Bayview Loan Servicing LLC (BMO Harris BK)<br>Colleen E. McManus, Esq.<br>Carlson Dash, LLC<br>216 S. Jefferson St, Ste 504<br>Chicago, IL 60661 | Unsecured | | $1,390,387.18 | $0.00 | $1,390,387.18 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $13,938.03 | $0.00 | $13,938.03 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $15,080.92 | $0.00 | $15,080.92 |
| 000005<br>070<br>7100-00 | Bowerston Shale Co.<br>P. O. Box 199<br>Bowerston, OH 44695 | Unsecured | | $11,281.22 | $0.00 | $11,281.22 |
| 000006<br>070<br>7100-00 | Cherokee Brick & Tile Company<br>Carter C. Thompson<br>Jones, Cork & Miller, LLP<br>POB 6437<br>Macon, GA 31208 | Unsecured | | $11,011.00 | $0.00 | $11,011.00 |
| 000007<br>070<br>7100-00 | Roeser & Vucha<br>Attorneys at Law<br>920 Davis Road<br>Elgin, IL 60123 | Unsecured | | $1,842.25 | $0.00 | $1,842.25 |
| 000008<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $19,435.22 | $0.00 | $19,435.22 |
| 000009<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $25,237.75 | $0.00 | $25,237.75 |
| 000010<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $16,578.31 | $0.00 | $16,578.31 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 01, 2012 |
|---|---|---|---|---|---|---|

Case Number:   11-29919
Debtor Name:   ADAMS, STEVEN G

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011<br>070<br>7100-00 | Brunton Motor Freight<br>P. O.Box 401<br>Pontiac, IL 61764 | Unsecured | | $4,115.87 | $0.00 | $4,115.87 |
| 000012<br>070<br>7100-00 | Associated Materials LLC<br>dba Alside Supply<br>3773 State Road<br>Cuyahoga Falls, OH 44223 | Unsecured | | $1,318.58 | $0.00 | $1,318.58 |
| 000013<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $26,845.81 | $0.00 | $26,845.81 |
| 000014<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $1,446.93 | $0.00 | $1,446.93 |
| 000015<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $211.31 | $0.00 | $211.31 |
| 000016<br>070<br>7100-00 | B.E. Atlas Company<br>c/o Kalcheim Haber, LLP<br>134 N. LaSalle Street, Suite 2100<br>Chicago, Illinois 60602 | Unsecured | | $969.68 | $0.00 | $969.68 |
| 000017<br>080<br>7200-00 | S S Schwarz Construction<br>1185 Carolina Drive<br>West Chicago, IL 60185 | Unsecured | | $6,094.23 | $0.00 | $6,094.23 |
| | Case Totals: | | | $1,597,722.06 | $0.00 | $1,597,722.06 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                    Exhibit D

Case No.: 11-29919
Case Name: ADAMS, STEVEN G
            ADAMS, DEANNE M
Trustee Name: Roy Safanda

        Balance on hand                                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda, Attorney | $ | $ | $ |

       Total to be paid for chapter 7 administrative expenses       $_____
       Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Unilock<br>Teller, Levit & Silvertrust, PC<br>11 East Adams Street, Suite 800<br>Chicago, IL 60603 | $ | $ | $ |
| 000002 | Bayview Loan Servicing LLC (BMO Harris BK)<br>Colleen E. McManus, Esq.<br>Carlson Dash, LLC<br>216 S. Jefferson St, Ste 504<br>Chicago, IL 60661 | $ | $ | $ |
| 000003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ | $ | $ |
| 000005 | Bowerston Shale Co.<br>P. O. Box 199<br>Bowerston, OH 44695 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Cherokee Brick & Tile Company<br>Carter C. Thompson<br>Jones, Cork & Miller, LLP<br>POB 6437<br>Macon, GA 31208 | $ | $ | $ |
| 000007 | Roeser & Vucha<br>Attorneys at Law<br>920 Davis Road<br>Elgin, IL 60123 | $ | $ | $ |
| 000008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000011 | Brunton Motor Freight<br>P. O.Box 401<br>Pontiac, IL 61764 | $ | $ | $ |
| 000012 | Associated Materials LLC dba Alside Supply<br>3773 State Road<br>Cuyahoga Falls, OH 44223 | $ | $ | $ |
| 000013 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000015 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000016 | B.E. Atlas Company<br>c/o Kalcheim Haber, LLP<br>134 N. LaSalle Street, Suite 2100<br>Chicago, Illinois 60602 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | S S Schwarz Construction<br>1185 Carolina Drive<br>West Chicago, IL 60185 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE