UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
ADAMS, STEVEN G                     §   Case No. 11-29919
ADAMS, DEANNE M                     §
                                    §
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        US Courthouse
        Bankruptcy Clerk
        Assignment Desk, Rm 710
        219 S. Dearborn St.
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/22/2012 in Courtroom 250,

        US Courthouse
        100 S. 3rd St.
        Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/22/2012                    By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ADAMS, STEVEN G § Case No. 11-29919
ADAMS, DEANNE M §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 225,023.47 |
| and approved disbursements of | $ | 1,825.00 |
| leaving a balance on hand of[1] | $ | 223,198.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 14,501.17 | $ 0.00 | $ 14,501.17 |
| Trustee Expenses: Roy Safanda | $ 161.30 | $ 0.00 | $ 161.30 |
| Attorney for Trustee Fees: Roy Safanda, Attorney | $ 1,256.25 | $ 0.00 | $ 1,256.25 |

Total to be paid for chapter 7 administrative expenses      $      15,918.72
Remaining Balance      $      207,279.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,590,371.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Unilock<br>Teller, Levit & Silvertrust, PC<br>11 East Adams Street, Suite 800<br>Chicago, IL 60603 | $ 50,671.52 | $ 0.00 | $ 6,604.23 |
| 000002 | Bayview Loan Servicing LLC (BMO Harris BK)<br>Colleen E. McManus, Esq.<br>Carlson Dash, LLC<br>216 S. Jefferson St, Ste 504<br>Chicago, IL 60661 | $ 1,390,387.18 | $ 0.00 | $ 181,214.95 |
| 000003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 13,938.03 | $ 0.00 | $ 1,816.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, N.A.<br>Bank of America NA (USA)<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 15,080.92 | $ 0.00 | $ 1,965.56 |
| 000005 | Bowerston Shale Co.<br>P. O. Box 199<br>Bowerston, OH 44695 | $ 11,281.22 | $ 0.00 | $ 1,470.33 |
| 000006 | Cherokee Brick & Tile Company<br>Carter C. Thompson<br>Jones, Cork & Miller, LLP<br>POB 6437<br>Macon, GA 31208 | $ 11,011.00 | $ 0.00 | $ 1,435.11 |
| 000007 | Roeser & Vucha<br>Attorneys at Law<br>920 Davis Road<br>Elgin, IL 60123 | $ 1,842.25 | $ 0.00 | $ 240.11 |
| 000008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 19,435.22 | $ 0.00 | $ 2,533.07 |
| 000009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 25,237.75 | $ 0.00 | $ 3,289.34 |
| 000010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 16,578.31 | $ 0.00 | $ 2,160.72 |
| 000011 | Brunton Motor Freight<br>P. O.Box 401<br>Pontiac, IL 61764 | $ 4,115.87 | $ 0.00 | $ 536.44 |
| 000012 | Associated Materials LLC<br>dba Alside Supply<br>3773 State Road<br>Cuyahoga Falls, OH 44223 | $ 1,318.58 | $ 0.00 | $ 171.86 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000013 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 26,845.81 | $ 0.00 | $ 3,498.93 |
| 000014 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 1,446.93 | $ 0.00 | $ 188.58 |
| 000015 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 211.31 | $ 0.00 | $ 27.54 |
| 000016 | B.E. Atlas Company c/o Kalcheim Haber, LLP 134 N. LaSalle Street, Suite 2100 Chicago, Illinois 60602 | $ 969.68 | $ 0.00 | $ 126.38 |

| | | |
|---|---|---:|
| | Total to be paid to timely general unsecured creditors | $ 207,279.75 |
| | Remaining Balance | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 6,094.23 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | S S Schwarz Construction 1185 Carolina Drive West Chicago, IL 60185 | $ 6,094.23 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-29919-MB
Steven G Adams                                                      Chapter 7
Deanne M Adams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: corrinal            Page 1 of 4         Date Rcvd: Feb 23, 2012
                               Form ID: pdf006           Total Noticed: 103

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2012.
```
db/jdb      #+Steven G Adams,    Deanne M Adams,    1216 Century Oaks Drive,    Elgin, IL 60123-1325
aty          +Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
17570049     +Acme Brick & Supply Co.,    1405 BElvidere St., #350A,    Waukegan, IL 60085-6261
17570050      Acme Brick Company,    P. O. Box 99198,    Fort Worth, TX 76199-0198
17570051     +Adams Brick,    2671 East 100th Street,    Chicago, IL 60617-5316
17570052     +Alsey Refractories Co.,    1600 South Brentwood Blvd., #210,    Saint Louis, MO 63144-1333
17570053     +Alside Supply,    2500 Vantage Drive,    Elgin, IL 60124-7881
17570056     +American CSP,    14563 136th Street,    Lemont, IL 60439-7925
17570057     +Amino Transport,    P. O. Box 54220,    Hurst, TX 76054-4220
18302026     +Associated Materials LLC,    dba Alside Supply,    3773 State Road,    Cuyahoga Falls, OH 44223-2603
17570058     +Attorney Ron Roeser,    920 Davis Road,    Elgin, IL 60123-1390
17570059     +B E Atlas Co.,    4300 North Kilpatrick Ave,    Chicago, IL 60641-1592
18369598     +B.E. Atlas Company,    c/o Kalcheim Haber, LLP,    134 N. LaSalle Street, Suite 2100,
               Chicago, Illinois 60602-1124
17570060     +Bank of America,    P. O. Box 45224,    Jacksonville, FL 32232-5224
17570061     +Bank of America,    P. O. Box 851001,    Dallas, TX 75285-1001
17945898     +Bavyew Loan Servicing LLC as servicer for BMO Harr,    216 S Jefferson St Suite 504,
               Chicago IL 60661-5698
17946608     +Bayview Loan Servicing LLC (BMO Harris BK),    Colleen E. McManus, Esq.,    Carlson Dash, LLC,
               216 S. Jefferson St, Ste 504,    Chicago, IL 60661-5698
17570062     +Blue Cross lue Shield,    P. O. Box 1186,    Chicago, IL 60690-1186
17570063     +Bowerston Shale Co.,    P. O. Box 199,    Bowerston, OH 44695-0199
17570064      Brampton Brick Ltd,    225 Wanless Drive,    Brompton, ON
17570065      Brampton Brick, Inc.,    P. O. Box 636329,    Cincinnati, OH 46263-6329
17570066      BrickCraft,    P. O. Box 888693,    Grand Rapids, MI 49588-8693
17570067     +Brunton Motor Freight,    P. O.Box 401,    Pontiac, IL 61764-0401
17570068      C H Robinson,    P. O. Box 9121,    Minneapolis, MN 55480-9121
17570069     +Cahaba Sand & Gravel, Inc.,    P. O. Box 421,    Trussville, AL 35173-0421
17570070     +Chase,   P. O. Box 15152,    Wilmington, DE 19886-5152
17570072     +Chase,   P. O. Box 15153,    Wilmington, DE 19886-5153
17570071     +Chase,   P,. O. Box 9001020,    Louisville, KY 40290-1020
17570073     +Chase Bank USA,    Nationwide Credit,    2002 Summit Blvd, Suite 600,    Atlanta, GA 30319-1559
18032159      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17570074     +Cherokee Brick & Tile,    P. O. Box 4567,    Macon, GA 31208-4567
18007189     +Cherokee Brick & Tile Company,    Carter C. Thompson,    Jones, Cork & Miller, LLP,    POB 6437,
               Macon, GA 31208-6437
17570075     +Circle 8 Logistics, Inc.,    977 N Oak Lawn Avenue,    Elmhurst, IL 60126-1028
17570076     +Citi-Cards,    Processing Center,    Des Moines, IA 50363-0001
17570077     +CitiMortgage,    P. O. Box 660005,    Dallas, TX 75266-0005
17570079     +Cloud Ceramics,    P. O. Box 369,    Concordia, KS 66901-0369
17570081     +Cook County Trucking Company,    200 E 130th Street,    Chicago, IL 60628-6901
17570082     +Custom Cast Stone,    734 East 169th Street,    Westfield, IN 46074-7902
17570084     +DeKalb Iron & Metal,    900 Oak Street,    DeKalb, IL 60115-3471
17570086     +Edwards Pecast,    777 Edwards Road,    Dubuque, IA 52003-8500
17570088     +Essroc Cement Corp.,,    P.O. box 642336,    Pittsburgh, PA 15264-2336
17570089     +Evans Transportation,    21755 Gatgeway Road,    Brookfield, WI 53045-5137
17960632      FIA CARD SERVICES, N.A.,    Bank of America NA (USA),    PO Box 15102,    Wilmington, DE 19886-5102
17570090     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Credit,    National Bankruptcy Center,    P. O. Box 537901,
               Livonia, MI 48153-7901)
17570091     +Fox Valley Laborers Pen Fun,    8 South Michigan Avenue,    Chicago, IL 60603-3357
17570092     +G&D Transportation,    P. O. Box 5029,    Morton, IL 61550-5029
17570093     +GJC, Inc.,    9803 Partridge Lane,    Crystal Lake, IL 60014-6646
17570094     +Glen Gary Brick,    13186 Collection Center Drive,    Chicago, IL 60693-0131
17570100     +HSBC Card Services,    P. O. Box 88000,    Baltimore, MD 21288-0001
17570095     +Harris Bank,    P. O. Box 6201,    Carol Stream, IL 60197-6201
17570097     +Hearth & Home Technologies,    13311 Collection Center Drive,    Chicago, IL 60693-0133
17570098     +Hodges Westside Truck Center,    11201 South Grant Highway,    Marengo, IL 60152-9450
17570099     +Home Depot,    Processing Center,    Des Moines, IA 50364-0001
17570101     +IB&B, LLC,    P. O.Box 1039,    Crown Point, IN 46308-1039
17570102     +Illana Block & Brick,    P. O. Box 1039,    Crown Point, IN 46308-1039
17570103     +Isokern,    7728 South Grant,    Willowbrook, IL 60527-5945
17570104     +LaFarge Corporation,    P. O. Box 93323,    Chicago, IL 60673-3323
17570105     +Limestone, Inc.,    5596 North Northwest Highway,    Chicago, IL 60630-1116
17570106     +Loftus & Loftus, Ltd.,    646 Busse Highway,    Park Ridge, IL 60068-2502
17570108    ++++MICHAELS & SON,    2606 E CALVERTVILLE RD,    BLOOMFIELD IN 47424-4531
              (address filed with court: Michaels & Son,    RR1, Box 119AB,    Bloomfield, IN 47424)
17570107     +Marion Ceramics, Inc.,    P. O. Box 1134,    Highway 301 North,    Marion, SC 29571-1134
17570109     +Mid Seven Transportation,    2323 Delaware Avenue,    Des Moines, IA 50317-3592
17570110     #Nelson Trucking,    29948 North 975 East Road,    Cornell, IL 61319-9310
17570111      Old Virginia Brick,    P. O. Box j508,    Salem, VA 24153
17570114     +PFT Enterprises, Inc.,    1185 Carolina Drive,    West Chicago, IL 60185-1713
17570112      Packaged Concrete,    1 S (50 S. Lorang Road,    Elburn, IL 60119
```

```
District/off: 0752-1           User: corrinal              Page 2 of 4                   Date Rcvd: Feb 23, 2012
                               Form ID: pdf006             Total Noticed: 103

17570115     +Phillips 66,    P. O. Box 6402,    Sioux Falls, SD 57117-6402
17570116      Pine Hall Brick,    P. O. Box 751349,    Charlotte, NC 28275-1349
17570117     +Producers Chemical Co.,    39708 Treasury Center,    Chicago, IL 60694-9700
17570118     +Rademann Stone & Landscape,    W5551 County Road B,    Fond Du Lac, WI 54937-9018
17570119     +Ramm Brick,    225 Industrial Drive - Unit 9,    Hampshire, IL 60140-7908
17570120     +Redland Brick,    P. O. Box 64194,    Baltimore, MD 21264-4194
17570121     +Rochester Concrete/GLS Ind,    7200 North HIghway 63,    Rochester, MN 55906-8978
17570122     +Roeser & Vucha,    Attorneys at Law,    920 Davis Road,    Elgin, IL 60123-1390
17570123     +S S Schwarz Construction,    1185 Carolina Drive,    West Chicago, IL 60185-1713
17570124      Saban Company,    225 Commonwealth Drive,    Carol Stream, IL 60188
17570125     +Sandkuhl Clay Works, Inc.,    05536 Kossuth-Amanda Road,    Spencerville, OH 45887-9330
17570126     +Semco Natural Stone,    50 Robinson Industrial Drive,    Perryville, MO 63775-3074
17570127     +Sioux City Brick & Tile,    P. O.Box 807,    Sioux City, IA 51102-0807
17570128     +Smith Amundsen LLC,    150 North Michigan Avenue,    Suite 3300,    Chicago, IL 60601-7621
17570130     +St. Bart Holdings,    18851 South Wolf Road,    Mokena, IL 60448-8934
17570129     +St. Bart Holdings,    18851 Wolf Road,    Mokena, IL 60448-8934
17570131     +Stonecraft Cast Stone,    P. O. Box 45,    Steger, IL 60475-0045
17570133     +Summit Brick & Tile,    Thirteenth & Erie,    P. O. Box 533,    Pueblo, CO 81002-0533
17570134     +Superior Clay Corp,    P. O. Box 352,    Uhrichsville, OH 44683-0352
17570135     +T & J Transportation,    730 Arrowhead Lane,    Cave City, AR 72521-9293
17570138     +TJX - Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
17570136     +Target Visa,    P. O. Box 660170,    Dallas, TX 75266-0170
17570137      Thies General Trucking,    RR2,    Streator, IL 61364
17570139     +Unilock,    Teller, Levit & Silvertrust, PC,    11 East Adams Street, Suite 800,
               Chicago, IL 60603-6369
17570140     +Unilock,    301 East Sullivan Road,    Aurora, IL 60505-9762
17570141     +Victory Trucking Services, Inc.,    45W451 Penstemon Lane,    Hampshire, IL 60140-6207
17570142     +Visa/Mastercard,    First National Merchant,    P. O. Box 2196,    Omaha, NE 68103-2196
17570144      Wells Fargo,    P. O. Box 689195,    Carol Stream, IL 60197
17570146      Wells Fargo Fin Capital Finance,    Accounts Receivable,    P. O.Box 7777,
               San Francisco, CA 94120-7777
17570147      Wells Fargo Financial Cap,    Accounts Receivable,    P.O. Box 7777,    San Francisco, CA 94120-7777
17570148     +Werden Buck Co.,    P. O.Box 486,    Joliet, IL 60434-0486
17570149     +Wessels Pautsch & Sherman,    Dunham Center,    2035 Foxfield Road,    Saint Charles, IL 60174-5748
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17570085     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 24 2012 04:43:08      Discover,    P. O.Box 6103,
               Carol Stream, IL 60197-6103
17949615      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 24 2012 04:43:08      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17570087     +E-mail/Text: richard.wallace@solidcounsel.com Feb 24 2012 08:17:15      Equipment Depot,
               2545 Northwest Parkway,    Elgin, IL 60124-7870
18331734     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 24 2012 03:17:40
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
17570113      E-mail/Text: JKRIZIC@PETROLIANCE.COM Feb 24 2012 03:44:10      PetroLiance LLC,    P. O. Box 905692,
               Charlotte, NC 28290-5692
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17570083*    +Custom Cast Stone,    734 East 169th Street,    Westfield, IN 46074-7902
17570096*    +Harris Bank,    P. O. Box 6201,    Carol Stream, IL 60197-6201
17570145*     Wells Fargo,    P. O. Box 689195,    Carol Stream, IL 60197
17570054    ##+Amcore Bank, N.A.,    501 Seventh Street,    P. O Box 1537,    Rockford, IL 61110-0037
17570055    ##+Amcore Bank, NA,    501 Seventh Street,    P. O. Box 1537,    Rockford, IL 61110-0037
17570078    ##+Clay Products, Inc.,    2221 Pierce Drive,    Spring Grove, IL 60081-9703
17570080    ##+Construction Resource Tech,    1515 Indian River Blvd.,    Building A, Suite 222,
               Vero Beach, FL 32960-7109
17570132    ##+Streater Brick, Inc.,    310 West 9th Street,    P. O. Box 105,    Streator, IL 61364-0105
17570143    ##+Welch Brothers, Inc.,    1050 St. Charles Street,    Elgin, IL 60120-8441
                                                                                   TOTALS: 0, * 3, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: corrinal              Page 3 of 4            Date Rcvd: Feb 23, 2012
                              Form ID: pdf006             Total Noticed: 103
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2012**                              **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal              Page 4 of 4              Date Rcvd: Feb 23, 2012
                              Form ID: pdf006             Total Noticed: 103
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2012 at the address(es) listed below:

```
          Carl F Safanda    on behalf of Trustee Roy Safanda csafanda@xnet.com
          Colleen E McManus    on behalf of Creditor  Harris Bank, N.A. cmcmanus@carlsondash.com
          Gloria C  Tsotsos    on behalf of Creditor  CITIMORTGAGE, INC. nd-three@il.cslegal.com
          Leo M Flanagan Jr    on behalf of Debtor Steven Adams leo@attyflanagan.com,
           mkappler@attyflanagan.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda    rsafanda@xnet.com,   rsafanda@ecf.epiqsystems.com
          Roy  Safanda, Esq   on behalf of Plaintiff Roy Safanda rsafanda@xnet.com
                                                                                             TOTAL: 7
```