# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADAMS, STEVEN G | § | Case No. 11-29919 |
| ADAMS, DEANNE M | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES<br>   AND CHARGES<br>   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>   ADMIN. FEES AND<br>   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED<br>CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on              . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Roy Safanda _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America P. O. Box 45224 Jacksonville, FL 32232 |  |  |  |  |  |
|  | Chase P,. O. Box 9001020 Louisville, KY 40290 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage P. O. Box 660005 Dallas, TX 75266 | | | | | |
| | Harris Bank P. O. Box 6201 Carol Stream, IL 60197 | | | | | |
| | Harris Bank P. O. Box 6201 Carol Stream, IL 60197 | | | | | |
| | Wells Fargo P. O. Box 689195 Carol Stream, IL 60197 | | | | | |
| | Wells Fargo P. O. Box 689195 Carol Stream, IL 60197 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| SARASOTA COUNTY, FLORIDA | | | | | |
| ROY SAFANDA, ATTORNEY FOR TRUSTEE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acme Brick & Supply Co. 1405 BElvidere St., #350A Waukegan, IL 60085 | | | | | |
| | Acme Brick Company P. O. Box 99198 Fort Worth, TX 76199-0198 | | | | | |
| | Adams Brick 2671 East 100th Street Chicago, IL 60617 | | | | | |
| | Alsey Refractories Co. 1600 South Brentwood Blvd., #210 Saint Louis, MO 63144 | | | | | |
| | Alside Supply 2500 Vantage Drive Elgin, IL 60123 | | | | | |
| | Amcore Bank, N.A. 501 Seventh Street P. O Box 1537 Rockford, IL 61104 | | | | | |
| | Amcore Bank, NA 501 Seventh Street P. O. Box 1537 Rockford, IL 61110-0037 | | | | | |
| | American CSP 14563 136th Street Lemont, IL 60439 | | | | | |
| | Amino Transport P. O. Box 54220 Hurst, TX 76053 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P. O. Box 851001 Dallas, TX 75285 | | | | | |
| | Blue Cross lue Shield P. O. Box 1186 Chicago, IL 60690 | | | | | |
| | Bowerston Shale Co. P. O. Box 199 Bowerston, OH 44695 | | | | | |
| | Brampton Brick Ltd 225 Wanless Drive Brompton, ON | | | | | |
| | Brampton Brick, Inc. P. O. Box 636329 Cincinati, OH 46263-6329 | | | | | |
| | BrickCraft P. O. Box 888693 Grand Rapids, MI 49588-8693 | | | | | |
| | C H Robinson P. O. Box 9121 Minneapolis, MN 55480-9121 | | | | | |
| | Cahaba Sand & Gravel, Inc. P. O. Box 421 Trussville, AL 35173 | | | | | |
| | Chase Bank USA Nationwide Credit 2002 Summit Blvd, Suite 600 Atlanta, GA 30319 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Circle 8 Logistics, Inc. 977 N Oak Lawn Avenue Elmhurst, IL 60126 | | | | | |
| | Citi-Cards Processing Center Des Moines, IA 50363 | | | | | |
| | Clay Products, Inc. 2221 Pierce Drive Spring Grove, IL 60081 | | | | | |
| | Cloud Ceramics P. O. Box 369 Concordia, KS 69901 | | | | | |
| | Construction Resource Tech 1515 Indian River Blvd. Building A, Suite 222 Vero Beach, FL 32960 | | | | | |
| | Cook County Trucking Company 200 E 130th Street Chicago, IL 60628 | | | | | |
| | Custom Cast Stone 734 East 169th Street Westfield, IN 46074 | | | | | |
| | Custom Cast Stone 734 East 169th Street Westfield, IN 46074 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DeKalb Iron & Metal 900 Oak Street DeKalb, IL 60115 | | | | | |
| | Discover P. O.Box 6103 Carol Stream, IL 60197 | | | | | |
| | Edwards Pecast 777 Edwards Road Dubuque, IA 52003 | | | | | |
| | Equipment Depot 2545 Northwest Parkway Elgin, IL 60124 | | | | | |
| | Essroc Cement Corp., P.O. box 642336 Pittsburgh, PA 15264 | | | | | |
| | Evans Transportation 21755 Gatgeway Road Brookfield, WI 53045 | | | | | |
| | Ford Credit National Bankruptcy Center P. O. Box 537901 Livonia, MI 48153-7901 | | | | | |
| | Fox Valley Laborers Pen Fun 8 South Michigan Avenue Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | G&D Transportation P. O. Box 5029 Morton, IL 61550 | | | | | |
| | GJC, Inc. 9803 Partridge Lane Crystal Lake, IL 60014 | | | | | |
| | Glen Gary Brick 13186 Collection Center Drive Chicago, IL 60693 | | | | | |
| | HSBC Card Services P. O. Box 88000 Baltimore, MD 21288 | | | | | |
| | Hearth & Home Technologies 13311 Collection Center Drive Chicago, IL 60693 | | | | | |
| | Hodges Westside Truck Center 11201 South Grant Highway Marengo, IL 60152 | | | | | |
| | Home Depot Processing Center Des Moines, IA 50364 | | | | | |
| | IB&B, LLC P. O.Box 1039 Crown Point, IN 46308 | | | | | |
| | Illana Block & Brick P. O. Box 1039 Crown Point, IN 46308 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Isokern 7728 South Grant Willowbrook, IL 60527 | | | | | |
| | LaFarge Corporation P. O. Box 93323 Chicago, IL 60673 | | | | | |
| | Limestone, Inc. 5596 North Northwest Highway Chicago, IL 60630 | | | | | |
| | Loftus & Loftus, Ltd. 646 Busse Highway Park Ridge, IL 60068 | | | | | |
| | Marion Ceramics, Inc. P. O. Box 1134 Highway 301 North Marion, SC 29571 | | | | | |
| | Michaels & Son RR1, Box 119AB Bloomfield, IN 47424 | | | | | |
| | Mid Seven Transportation 2323 Delaware Avenue Des Moines, IA 50317 | | | | | |
| | Nelson Trucking 29948 North 975 East Road Cornell, IL 61319-9310 | | | | | |
| | Old Virginia Brick P. O. Box j508 Salem, VA 24153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PFT Enterprises, Inc. 1185 Carolina Drive West Chicago, IL 60185 | | | | | |
| | Packaged Concrete 1 S (50 S. Lorang Road Elburn, IL 60119 | | | | | |
| | PetroLiance LLC P. O. Box 905692 Charlotte, NC 28290-5692 | | | | | |
| | Phillips 66 P. O. Box 6402 Sioux Falls, SD 57117 | | | | | |
| | Pine Hall Brick P. O. Box 751349 Charlotte, NC 28275-1349 | | | | | |
| | Producers Chemical Co. 39708 Treasury Center Chicago, IL 60694 | | | | | |
| | Rademann Stone & Landscape W5551 County Road B Fond Du Lac, WI 54936 | | | | | |
| | Ramm Brick 225 Industrial Drive - Unit 9 Hampshire, IL 60140 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Redland Brick P. O. Box 64194 Baltimore, MD 21264 | | | | | |
| | Rochester Concrete/GLS Ind 7200 North HIghway 63 Rochester, MN 55906 | | | | | |
| | Roeser & Vucha Attorneys at Law 920 Davis Road Elgin, IL 60123 | | | | | |
| | Saban Company 225 Commonwealth Drive Carol Stream, IL 60188 | | | | | |
| | Sandkuhl Clay Works, Inc. 05536 Kossuth-Amanda Road Spencerville, OH 45887 | | | | | |
| | Semco Natural Stone 50 Robinson Industrial Drive Perryville, MO 63775-7330 | | | | | |
| | Sioux City Brick & Tile P. O.Box 807 Sioux City, IA 51102 | | | | | |
| | Smith Amundsen LLC 150 North Michigan Avenue Suite 3300 Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. Bart Holdings 18851 South Wolf Road Mokena, IL 60448 | | | | | |
| | St. Bart Holdings 18851 Wolf Road Mokena, IL 60448 | | | | | |
| | Stonecraft Cast Stone P. O. Box 45 Steger, IL 60475 | | | | | |
| | Streater Brick, Inc. 310 West 9th Street P. O. Box 105 Streator, IL 61364 | | | | | |
| | Summit Brick & Tile Thirteenth & Erie P. O. Box 533 Pueblo, CO 81002 | | | | | |
| | Superior Clay Corp P. O. Box 352 Uhrichsville, OH 44683 | | | | | |
| | T & J Transportation 730 Arrowhead Lane Cave City, AR 72521 | | | | | |
| | TJX - Chase P.O. Box 15153 Wilmington, DE 19886 | | | | | |
| | Target Visa P. O. Box 660170 Dallas, TX 75266 | | | | | |
| | Thies General Trucking RR2 Streator, IL 61364 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unilock Teller, Levit & Silvertrust, PC 11 East Adams Street, Suite 800 Chicago, IL 60603 | | | | | |
| | Victory Trucking Services, Inc. 45W451 Penstemon Lane Hampshire, IL 60140 | | | | | |
| | Visa/Mastercard First National Merchant P. O. Box 2196 Omaha, NE 68103 | | | | | |
| | Welch Brothers, Inc. 1050 St. Charles Street Elgin, IL 60120 | | | | | |
| | Wells Fargo Fin Capital Finance Accounts Receivable P. O.Box 7777 San Francisco, CA 94120-7777 | | | | | |
| | Wells Fargo Financial Cap Accounts Receivable P.O. Box 7777 San Francisco, CA 94120-7777 | | | | | |
| | Werden Buck Co. P. O.Box 486 Joliet, IL 60434 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wessels Pautsch & Sherman Dunham Center 2035 Foxfield Road Saint Charles, IL 60174 | | | | | |
| 000012 | ASSOCIATED MATERIALS LLC | | | | | |
| 000016 | B.E. ATLAS COMPANY | | | | | |
| 000002 | BAYVIEW LOAN SERVICING LLC (BMO HAR | | | | | |
| 000005 | BOWERSTON SHALE CO. | | | | | |
| 000011 | BRUNTON MOTOR FREIGHT | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHEROKEE BRICK & TILE COMPANY | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000014 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000015 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | ROESER & VUCHA | | | | | |
| 000001 | UNILOCK | | | | | |
| 000017 | S S SCHWARZ CONSTRUCTION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

Case No:        11-29919    MB    Judge: Manuel Barbosa

Case Name:    ADAMS, STEVEN G

ADAMS, DEANNE M

For Period Ending:  05/22/12

Trustee Name:                    Roy Safanda

Date Filed (f) or Converted (c):    07/21/11 (f)

341(a) Meeting Date:            08/22/11

Claims Bar Date:                01/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1216 Century Oaks Drive Elgin, Illinois 60123 Sing | 200,000.00 | 170,000.00 | DA | 0.00 | FA |
| 2. 4519 Silverwood Drive, Delavan, Wisconsin 53115 | 200,000.00 | 18,000.00 | DA | 0.00 | FA |
| 3. 6140 Midnight Pass Road, Sarasota, Florida Tax Par | 250,000.00 | 249,968.45 | DA | 223,425.00 | FA |
| 4. Cash in lock box at Chase Bank, Elgin, Illinois | 24.00 | 0.00 | DA | 0.00 | FA |
| 5. Cash in wallet | 11.00 | 0.00 | DA | 0.00 | FA |
| 6. Cash in wallet | 15.67 | 0.00 | DA | 0.00 | FA |
| 7. Single Account with Edward Jones 201 Progress Park | 81.26 | 0.00 | DA | 0.00 | FA |
| 8. Associated Bank N.A, 200 ADams St., Green Bay WI 5 | 207.00 | 0.00 | DA | 0.00 | FA |
| 9. Elgin State Bank, 1001 S. Randall Rd., Elgin, IL 6 | 353.91 | 0.00 | DA | 0.00 | FA |
| 10. First Community Bank, 165 S. Randall Rd., Elgin, I | 74.00 | 0.00 | DA | 0.00 | FA |
| 11. Account No.1 8933-0884 at Wells Fargo | 1,947.14 | 0.00 | DA | 0.00 | FA |
| 12. Chase, P. O. Box 659754, San Antonio, Texas 78265- | 74.45 | 0.00 | DA | 0.00 | FA |
| 13. LR - couch; chair, end table, coffee table; Master | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14. Six DVD's | 5.00 | 0.00 | DA | 0.00 | FA |
| 15. Husband - one blue suit; 1 black sport coat; 3 dre | 200.00 | 0.00 | DA | 0.00 | FA |
| 16. Wife - 5 pairs of blue jeans; 2 pairs of black jea | 300.00 | 0.00 | DA | 0.00 | FA |
| 17. Husband - wedding band | 75.00 | 0.00 | DA | 0.00 | FA |
| 18. Wife - engagement ring and wedding band | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 19. 1 Kodak camera; l set of very old golf clubs; 2 pi | 100.00 | 0.00 | DA | 0.00 | FA |
| 20. Symetra Life Insurance Company/Universal, Policy N | 2,476.78 | 0.00 | DA | 0.00 | FA |
| 21. Pekin Life Insurance Company, 2505 Court Street, Pe | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. US Financial Life Insurance Company, P. O. Box 476 | 0.00 | 0.00 | DA | 0.00 | FA |
| 23. IRA - Edward Jones, 201 Progress Pkway, Maryland H | 41,700.74 | 0.00 | DA | 0.00 | FA |
| 24. IRA with Edward Jones, 201 Progress Parkway, Maryl | 6,502.13 | 0.00 | DA | 0.00 | FA |
| 25. IRA with Edward Jones, 201 Progress Parkway, Maryl | 43,618.04 | 0.00 | DA | 0.00 | FA |
| 26. IRA with Wells Fargo, c/o Trotter/Rueckert/Gempele | 99,318.15 | 0.00 | DA | 0.00 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit 8

| Case No: | 11-29919   MB   Judge: Manuel Barbosa | | | | |
|---|---|---|---|---|---|

| Case Name: | ADAMS, STEVEN G |
|---|---|
| | ADAMS, DEANNE M |

| Trustee Name: | Roy Safanda |
|---|---|
| Date Filed (f) or Converted (c): | 07/21/11 (f) |
| 341(a) Meeting Date: | 08/22/11 |
| Claims Bar Date: | 01/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. Provena Healthcare, P. O. Box 7800, Gurnee, Illino | 3,625.58 | 0.00 | DA | 0.00 | FA |
| 28. 2002 Ford F150 Pick-up Truck | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 29. 2009 Nissan Murano | 22,750.00 | 0.00 | DA | 0.00 | FA |
| 30. 2004 Godfrey Hurricane Deckboat and Trailer | 15,500.00 | 0.00 | DA | 0.00 | FA |
| 31. 2 used Dell lap top computers | 200.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 23.47 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $894,059.85 | $437,968.45 | | $223,448.47 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/12        Current Projected Date of Final Report (TFR): 06/01/12

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-29919  -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | ADAMS, STEVEN G | Bank Name: | Capital One |
| | ADAMS, DEANNE M | Account Number / CD #: | *******7501  Money Market Account |
| Taxpayer ID No: | *******8512 | | |
| For Period Ending: | 05/22/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/11 | 3 | McCoy Family Trust | | | 223,425.00 | | 223,425.00 |
| | | MCCOY FAMILY TRUST | Memo Amount:        225,000.00 | 1110-000 | | | |
| | | SARASOTA COUNTY, FLORIDA | Memo Amount:     (     1,575.00 ) | 2820-000 | | | |
| | | | Documentary Stamp Tax | | | | |
| 12/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 11.26 | | 223,436.26 |
| 01/26/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 12.21 | | 223,448.47 |
| 01/26/12 | | Transfer to Acct #*******7536 | Bank Funds Transfer | 9999-000 | | 223,448.47 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 225,000.00 | COLUMN TOTALS | | 223,448.47 | 223,448.47 | 0.00 |
| Memo Allocation Disbursements: | 1,575.00 | Less:  Bank Transfers/CD's | | 0.00 | 223,448.47 | |
| | | Subtotal | | 223,448.47 | 0.00 | |
| Memo Allocation Net: | 223,425.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 223,448.47 | 0.00 | |

Page Subtotals        223,448.47        223,448.47

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| Case No: | 11-29919  -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | ADAMS, STEVEN G | Bank Name: | Capital One |
| | ADAMS, DEANNE M | Account Number / CD #: | *******7536  Checking Account |
| Taxpayer ID No: | *******8512 | | |
| For Period Ending: | 05/22/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******7501 | Bank Funds Transfer | 9999-000 | 223,448.47 | | 223,448.47 |
| 01/26/12 | 001001 | Clerk of the U.S. Bankruptcy Court | Adv. Filing Fee | 2700-000 | | 250.00 | 223,198.47 |
| 03/28/12 | 001002 | Roy Safanda 111 East Side Drive Geneva, IL  60134 | Chapter 7 Compensation/Fees | 2100-000 | | 14,501.17 | 208,697.30 |
| 03/28/12 | 001003 | Roy Safanda 111 East Side Drive Geneva, IL  60134 | Chapter 7 Expenses | 2200-000 | | 161.30 | 208,536.00 |
| 03/28/12 | 001004 | Roy Safanda, Attorney | Claim 18, Payment 100.00000% Attorney Fee | 3210-000 | | 1,256.25 | 207,279.75 |
| 03/28/12 | 001005 | Unilock Teller, Levit & Silvertrust, PC 11 East Adams Street, Suite 800 Chicago, IL 60603 | Claim 000001, Payment 13.03342% | 7100-000 | | 6,604.23 | 200,675.52 |
| 03/28/12 | 001006 | Bayview Loan Servicing LLC (BMO Harris BK) Colleen E. McManus, Esq. Carlson Dash, LLC 216 S. Jefferson St, Ste 504 Chicago, IL 60661 | Claim 000002, Payment 13.03342% | 7100-000 | | 181,214.95 | 19,460.57 |
| 03/28/12 | 001007 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000003, Payment 13.03341% | 7100-000 | | 1,816.60 | 17,643.97 |
| 03/28/12 | 001008 | FIA CARD SERVICES, N.A. Bank of America NA (USA) PO Box 15102 Wilmington, DE 19886-5102 | Claim 000004, Payment 13.03342% | 7100-000 | | 1,965.56 | 15,678.41 |
| 03/28/12 | 001009 | Bowerston Shale Co. P. O. Box 199 | Claim 000005, Payment 13.03343% | 7100-000 | | 1,470.33 | 14,208.08 |

Page Subtotals          223,448.47          209,240.39

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-29919 -MB | |
| Case Name: | ADAMS, STEVEN G | |
| | ADAMS, DEANNE M | |
| Taxpayer ID No: | *******8512 | |
| For Period Ending: | 05/22/12 | |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7536  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bowerston, OH 44695 | | | | | |
| 03/28/12 | 001010 | Cherokee Brick & Tile Company<br>Carter C. Thompson<br>Jones, Cork & Miller, LLP<br>POB 6437<br>Macon, GA 31208 | Claim 000006, Payment 13.03342% | 7100-000 | | 1,435.11 | 12,772.97 |
| 03/28/12 | 001011 | Roeser & Vucha<br>Attorneys at Law<br>920 Davis Road<br>Elgin, IL 60123 | Claim 000007, Payment 13.03352% | 7100-000 | | 240.11 | 12,532.86 |
| 03/28/12 | 001012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 13.03340% | 7100-000 | | 2,533.07 | 9,999.79 |
| 03/28/12 | 001013 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 13.03341% | 7100-000 | | 3,289.34 | 6,710.45 |
| 03/28/12 | 001014 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 13.03342% | 7100-000 | | 2,160.72 | 4,549.73 |
| 03/28/12 | 001015 | Brunton Motor Freight<br>P. O.Box 401<br>Pontiac, IL 61764 | Claim 000011, Payment 13.03345% | 7100-000 | | 536.44 | 4,013.29 |
| 03/28/12 | 001016 | Associated Materials LLC<br>dba Alside Supply<br>3773 State Road<br>Cuyahoga Falls, OH 44223 | Claim 000012, Payment 13.03372% | 7100-000 | | 171.86 | 3,841.43 |
| 03/28/12 | 001017 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008 | Claim 000013, Payment 13.03343% | 7100-000 | | 3,498.93 | 342.50 |

Page Subtotals        0.00        13,865.58

Ver: 16.06b

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-29919  -MB | Trustee Name: | Roy Safanda |
| Case Name: | ADAMS, STEVEN G | Bank Name: | Capital One |
| | ADAMS, DEANNE M | Account Number / CD #: | *******7536  Checking Account |
| Taxpayer ID No: | *******8512 | | |
| For Period Ending: | 05/22/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/28/12 | 001018 | Greenville, SC 29602-<br>PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008 | Claim 000014, Payment 13.03311% | 7100-000 | | 188.58 | 153.92 |
| 03/28/12 | 001019 | Greenville, SC 29602-<br>PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008 | Claim 000015, Payment 13.03298% | 7100-000 | | 27.54 | 126.38 |
| 03/28/12 | 001020 | Greenville, SC 29602-<br>B.E. Atlas Company<br>c/o Kalcheim Haber, LLP<br>134 N. LaSalle Street, Suite 2100<br>Chicago, Illinois 60602 | Claim 000016, Payment 13.03317% | 7100-000 | | 126.38 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 223,448.47 | 223,448.47 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 223,448.47 | 0.00 | |
| | | Subtotal | 0.00 | 223,448.47 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 223,448.47 | |

| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 225,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,575.00 | Money Market Account - ********7501 | 223,448.47 | 0.00 | 0.00 |
| | | Checking Account - ********7536 | 0.00 | 223,448.47 | 0.00 |
| Total Memo Allocation Net: | 223,425.00 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 223,448.47 | 223,448.47 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | | |
|---|---|---|
| | Page Subtotals | 0.00 | 342.50 |

Ver: 16.06b

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-29919  -MB | Trustee Name: | Roy Safanda |
| Case Name: | ADAMS, STEVEN G | Bank Name: | Capital One |
| | ADAMS, DEANNE M | Account Number / CD #: | *******7536  Checking Account |
| Taxpayer ID No: | *******8512 | | |
| For Period Ending: | 05/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account - *******7501

Checking Account - *******7536

Page Subtotals                0.00                0.00

Ver: 16.06b